**Page 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:13-cv-22751-UU

ANGELA LARDNER, individually,
    Plaintiff,
    -vs-
DIVERSIFIED CONSULTANTS, INC.,
a Florida corporation,

    Defendant.

_____

DEPOSITION OF MAVIS-ANN PYE

Tuesday, December 10, 2013
10:19 a.m. - 11:25 a.m.

U. S. Legal Support, Inc.
225 Water Street
Suite 1450
Jacksonville, Florida  32202

Stenographically Reported By:
Patijo Brown, RPR, FPR
Registered Professional Reporter
Florida Professional Reporter
Notary Public, State of Florida
at Large
USL JOB 1091593

---

**Page 3**

INDEX OF PROCEEDINGS

Deposition of MAVIS-ANN PYE                    PAGE

Direct Examination by Mr. Lusskin        04
Certificate of Oath              51
Certificate of Reporter          52
Witness Review Letter            53
Errata Sheet                     54

- - -

Plaintiff's Exhibits

Number    Description              Page
1       Answers to Interrogatories    08
2       LiveVox Call Log          18
3       LiveVox Call Log          22
4       Account History           26
5       Account History           33

- - -

---

**Page 2**

APPEARANCES

On Behalf of the Plaintiff:
    BRET L. LUSSKIN, ESQUIRE
    20803 Biscayne Boulevard
    Suite 302
    Aventura, FL  33180
    t: 954.454.5841
    e: blusskin@lusskinlaw.com

BY:  BRET L. LUSSKIN, ESQUIRE  (VIA VIDEO
CONFERENCE)

On Behalf of the Defendant:
    URBAN, THIER, FEDERER & CHINNERY, P.A.
    200 South Orange Avenue
    Suite 2000
    Orlando, FL  32801
    t: 407.245.8352
    e: Kohlmyer@urbanthier.com

BY:  ERNEST H. KOHLMYER, III, ESQUIRE

- - -

---

**Page 4**

REPORTER:  Raise your right hand, please.

Do you solemnly swear that the testimony you're about to give in this cause will be the truth, the whole truth and nothing but the truth so help you God?

THE WITNESS:  Yes.

THEREUPON,

MAVIS-ANN PYE,

having been produced and first duly sworn as a witness, then testified as follows:

DIRECT EXAMINATION

BY MR. LUSSKIN:

Q  Good morning.  I'm sorry.  It's Mavis?

A  Mavis.  Yes.

Q  Mavis, can you pronounce your last name for me.  I just don't want to mangle it.

A  Pye.

Q  Mavis Pye.

Good morning.

A  Good morning.

Q  My name is Bret Lusskin.  I represent Ms. Angela Lardner in this case.

Have you ever had your deposition taken before?

5

1    Q   Yes, I have.

2    Q   Okay.  When was that?

3    A   There's been several times.

4    Q   The last time?

5    A   This year.  Earlier this year.

6    Q   Okay.  Was that -- what type of case was

7    that?

8    A   An FDCPA claim.

9    Q   Okay.  So you're familiar with this

10   process generally?

11   A   Yes.

12   Q   Okay.  All right.  Just to go through it

13   again for the motions.  I'm going to ask you some

14   questions.  We just expect you to answer truthfully

15   to the best of your knowledge.

16       If you don't understand one of my

17   questions, please feel free to ask me to restate it

18   or have me clarify.  We just ask that you please

19   answer yes or no questions with a yes or no, not an

20   uh-huh or huh-huh, because, as you know, we have

21   Pati over there taking down everything and it's

22   hard for her to write down gestures -- take down

23   gestures rather than verbal responses.

24       Briefly, is there anything today

25   preventing you from answering questions truthfully?

6

1    A   No.

2    Q   No.

3       Any questions before I start?

4    A   No.

5    Q   Okay.  Can you give me your full name.

6    A   Mavis-Ann Pye.

7    Q   Date of birth?

8    A   September 18, 1977.

9    Q   And where do you currently reside?

10   A   Jacksonville, Florida.

11   Q   Okay.  How are you currently employed?

12   A   I work for Diversified Consultants,

13   Incorporated.

14   Q   Okay.  What's your -- what is your role

15   there?

16   A   I'm the vice-president of compliance.

17   Q   And what -- as vice-president of

18   compliance, what are your general job

19   responsibilities?

20   A   I'm the corporate representative, so I

21   attend depositions, mediations.  I outsource our

22   lawsuits.  I handle all of our licensing for all 50

23   states, Puerto Rico.  Answer complaints we receive.

24   Q   Okay.  How long have you been employed

25   in that role?

7

1    A   That specific title, a year.

2    Q   Did you -- did you work for Diversified

3    Consultants before that?

4    A   Yes.  I've been with Diversified for

5    eight years.

6    Q   What did you do before you were

7    vice-president of compliance?

8    A   I was the compliance manager.

9    Q   What does a compliance manager do?  You

10   have to excuse me.  It sounds like the same things.

11   A   It's similar.  Not as much

12   responsibility or travel.

13   Q   Okay.  Anything before that at

14   Diversified?

15   A   Yes.  I was a quality assurance rep and

16   a collector.

17   Q   All that was over eight years like you

18   said?

19   A   Correct.

20   Q   Okay.  I'll try to get through this

21   quickly.

22       Tell me generally what does Diversified

23   Consultants do?

24   A   We're a debt collection agency.

25   Q   What type of debts does Diversified

8

1    collect?

2    A   We specialize in telecommunication debt,

3    telecom debt, cell phones, cable, landline phones.

4    Q   Okay.  Are you familiar with the process

5    of debt collection as it's executed at Diversified

6    Consultants?

7    A   Yes.

8       MR. LUSSKIN:  Now, Pati, I'd like to

9    have one of those exhibits marked.  I think

10   it's the one -- it should be number 5 for you,

11   but it will be No. 1 now, the answers to

12   interrogatories.

13       (Plaintiff's Exhibit No. 1 was marked

14   for identification.)

15       MR. LUSSKIN:  I'm going to ask you to

16   show it to Ms. Pye.

17   BY MR. LUSSKIN:

18   Q   When you get a chance to see it, do you

19   recognize this document?

20   A   Yes.

21   Q   What is it?

22   A   It's the answers that we provided to the

23   questions you asked.

24   Q   Okay.  If you can just skip to page -- I

25   guess it will be Page 7.  In the section that says

9

1  verification.
2      Do you see where I'm looking?
3  A   Yes.
4  Q   That's your name and signature there?
5  A   Yes, it is.
6  Q   So it's correct to say that the answers
7  in this document are from you personally?
8  A   Yes.
9  Q   Okay.  Now, on Page 5 of this document,
10 there's a series of questions and answers.  Looking
11 at number 9.
12     Do you see where I'm looking?
13 A   Yes.
14 Q   It's where it says, "Describe all
15 telephone dialing systems used by defendant in
16 connection with its collection efforts against
17 plaintiff."
18     And then it says, "Answer.  Defendant
19 utilizes LiveVox."
20     Did I read that correctly?
21 A   Yes.
22 Q   What does that mean, "Defendant utilizes
23 LiveVox"?
24 A   LiveVox is the dialing system that we
25 use.

10

1  Q   Okay.  And how does Diversified use
2  LiveVox?  Can you just describe to me generally?
3  A   Every call -- excuse me -- every call
4  that one of our representatives makes is done
5  through the LiveVox system, which is a cloud
6  software from my understanding.
7  Q   How does that work when Diversified is
8  making a call with LiveVox?
9  A   It depends on which method the collector
10 is dialing.
11 Q   How many methods are there?
12 A   Three.
13 Q   Can you tell me what those three methods
14 are?
15 A   Sure.  If a collector mainly dials,
16 types the number into the computer, the system
17 dials through LiveVox.
18     If the collector is on a campaign, the
19 computer dials through predetermined numbers and
20 it's transferred directly through.
21     The other one is preview mode and I'm
22 not totally familiar with that mode.
23 Q   Okay.  Let's just go through it briefly.
24 You said there's three methods:  manual mode,
25 campaign mode and preview mode; is that right?

11

1  A   Yes.
2  Q   And Diversified uses all three?
3  A   Yes.
4  Q   Let's talk about manual mode first.  You
5  briefly described it.  Just tell me one more time
6  how manual mode works.
7  A   The collector types a number in on the
8  computer and the number is dialed through the
9  system, through LiveVox.
10 Q   Okay.  Can you tell me is that different
11 or the same thing as -- strike that.
12     How is that different from a -- the
13 collector just, like, touching the ten digits on a
14 dial phone than -- how is it different from that?
15 A   The call's recorded.
16 Q   How is it recorded?
17 A   It's through an IVR -- not and IVR; the
18 Internet.
19 Q   So that's basically the only difference,
20 that the call is recorded?
21 A   And it's done through the Internet.  The
22 call's made through the Internet.
23 Q   So if the call -- that's done, you said,
24 through a computer?
25 A   Yes.  On the computer screen.

12

1  Q   Okay.  So if it's done through computer,
2  how does the agent or the person -- strike that.
3      If it's done through the computer, how
4  does the collector actually talk to the person on
5  the other end of the phone, if it's a computer and
6  not a handset?
7  A   They're still wearing a headset.
8  They're wearing a headset.
9  Q   Is the headset plugged into the
10 computer?
11 A   No.  It's plugged into the phone.
12 Q   Okay.  Just -- I don't mean to mince
13 words.  Can you just walk me through one such
14 manual call step by step so I understand how it
15 works.  I'm just confused if it's computer and
16 phone and not the same thing?
17 A   The collector types the number in on the
18 computer with their headset already on.  The phone
19 rings.  The collector hears the call, the person
20 answers and they speak.
21 Q   Okay.  Okay.  I guess that's good
22 enough.
23     Now, you said a second mode is campaign
24 mode.  I think you said it dials through
25 predetermined numbers.  How does that work?

13

1    A   One of our IT gentlemen will load the
2  numbers to dial.  The collector just hears a beep
3  in the ear and the call's connected.
4    Q   Okay.  So when you say an IT person
5  loads the numbers, when does he load the numbers?
6    A   Every day.
7    Q   Every day, once a day?
8    A   Sometimes multiple times a day.  It just
9  depends on the day, I guess.
10   Q   What numbers is he loading?
11   A   The telephone numbers that we have to
12 call consumers on.
13   Q   All the numbers?
14   A   Not every day.
15   Q   Okay.  But am I correct in understanding
16 that the IT person will load phone numbers per
17 several debtors in, like, one city?
18   A   Yes.
19   Q   So then how does -- how does the dialing
20 work after that?  You said an agent -- strike that.
21       So you said an agent hears a beep and
22 then the call is connected?
23   A   Yes.
24   Q   What does an agent have to do to, like,
25 initiate the next call in campaign mode?

14

1    A   Hit a button that says next call.
2    Q   Okay.  And then LiveVox will just dial
3  the next number on the list and connect the call if
4  it gets someone on the line?
5    A   Yes.
6    Q   Okay.  In campaign mode does LiveVox
7  only connect -- only connect connected calls to an
8  agent or will sometimes an agent hear an answering
9  machine or a failed connection or something like
10 that?
11   A   It's only connected calls.
12   Q   Do you know how LiveVox is able to do
13 that?
14   A   I'm not technically savvy enough to
15 understand the process.
16   Q   Okay.  I understand.
17       Am I right in understanding that LiveVox
18 is somehow able to automatically determine whether
19 a live person is on the other end of a call or if
20 the call didn't connect before connecting an agent
21 from Diversified to the call?
22   A   Yes.
23   Q   But -- okay.  A LiveVox employee never
24 speaks to a debtor; right?  It's only Diversified?
25   A   Correct.

15

1    Q   Okay.  And then you said the last mode
2  is preview mode.
3        Do you understand how any of that works?
4    A   I'm not really familiar with preview
5  mode.  It's something new to me.
6    Q   Okay.  Just -- do you have any
7  understanding?  You can give me just your best
8  understanding of it.
9    A   I would be guessing and most likely
10 inaccurate if I respond to that.
11   Q   That's fine.  That's fine.  I'm just
12 trying to educate myself.
13       Does LiveVox ever play messages to
14 debtors where an agent from Diversified never
15 actually talks to them, but a machine plays a
16 message to the debtor?
17   A   What do you mean a message?
18   Q   Like a prerecorded message.  Plays a
19 voice message automatically from a machine rather
20 than an agent from Diversified actually coming on
21 the line once LiveVox connects the call?
22   A   We don't leave messages for consumers.
23   Q   Have you ever?
24   A   Years ago.
25   Q   How many years ago?

16

1    A   Three or four.
2    Q   Okay.  But no messages are left for them
3  at all now?
4    A   No.  We don't leave messages.
5    Q   Okay.  Let me just clarify what I mean.
6  When you say LiveVox doesn't leave messages, you
7  mean LiveVox -- excuse me.  Strike that.
8        When you say Diversified doesn't leave
9  messages, you mean -- am I correct that you mean it
10 doesn't leave messages on a voice mail?
11   A   Correct.
12   Q   Okay.  So let me ask the question
13 differently.
14       Does Diversified ever use LiveVox to
15 dial a debtor, and then once the debtor picks up,
16 play a message -- a live message to the debtor
17 without an actual agent on the phone with them.
18   A   I'm not sure of the difference between
19 that or leaving a message.  We don't leave
20 messages, whether it's with a consumer or on an
21 answering machine.
22   Q   Okay.  That's -- that answers my
23 question.  Thank you.  All right.  Let me move on.
24       Did Diversified make collection calls to
25 Ms. Lardner, the plaintiff in this case?

17

```
 1        A  Yes.
 2        Q  What was Diversified trying to collect?
 3        A  I believe there were two different bills
 4   in our office.
 5        Q  Do you know what the bills were?
 6        A  I believe they were both T-Mobile.
 7        Q  Okay.  One more point on that.
 8           Does Diversified -- when it's attempting
 9   to collect debts, like those T-Mobile debts, does
10   Diversified have any knowledge of whether the debts
11   themselves are actually valid versus maybe a
12   mistake or an identity theft or some other type of
13   problem?
14        A  Once we speak to the consumer.
15        Q  I'm saying before that.  Before
16   Diversified speaks to the consumer, when the debt
17   is assigned from the creditor, does the creditor do
18   anything to validate that debt to Diversified or
19   does it provide consumer information and the
20   balance of the debt and say try to collect it?
21        A  We have access to T-Mobile system so we
22   can verify their questions.
23        Q  Okay.  So you have access to T-Mobile
24   system.  Okay.
25           Jumping back to the collection calls to
```

18

```
 1   Ms. Lardner.  Were some of the calls made using
 2   LiveVox?
 3        A  Yes.
 4        Q  Were all of the calls made using
 5   LiveVox?
 6        A  Yes.
 7        Q  Do you know how -- which mode those
 8   calls were placed using?
 9        A  Not without looking at the call logs.
10        Q  Okay.  We'll get to that.
11           So I guess the answer will be the same
12   if I ask you how many calls there were?
13        A  Exactly.
14        Q  Okay.  When you -- okay.  When you say
15   calls -- strike that.  We'll come back to that.
16   Okay.
17           MR. LUSSKIN:  Pati, I'd like to mark
18   another exhibit.  It's the one that you have
19   as number 3.
20           (Plaintiff's Exhibit No. 2 was marked
21   for identification.)
22   BY MR. LUSSKIN:
23        Q  Ms. Pye, we're showing you a document
24   that I think has been marked as Exhibit 2.
25        A  Yes.
```

19

```
 1        Q  Do you recognize this document?
 2        A  Yes, I do.
 3        Q  Can you tell me what it is?
 4        A  It's a LiveVox call log.
 5        Q  And how are you able to recognize this?
 6        A  Because I printed it out or I provided
 7   it.
 8        Q  Okay.  What's reflected in this
 9   document?
10        A  It provides every contact -- I'm sorry
11   -- every call attempted on the phone number listed
12   on here ending in 1705.
13        Q  Okay.  And it reflects every call, am I
14   correct, between the start and ending at the top;
15   right?
16        A  Yes.
17        Q  Okay.  So am I correct that each line
18   entry on this document shows a call made to Ms.
19   Lardner at the 1705 number?
20        A  Yes.
21        Q  And each such call is made at the date
22   and time listed under the appropriate column in the
23   results section; right?
24        A  Correct.
25        Q  Do you know how many calls are reflected
```

20

```
 1   here?
 2        A  I can count them for you.
 3        Q  You don't have to do that.  Let's just
 4   say that if there are -- if there were 126 lines on
 5   this document, that would mean that there are 126
 6   individual calls reflected on this document; right?
 7        A  Correct.
 8        Q  You don't have to take my word for the
 9   number.  We can deal with that later.
10           Can you tell from this document which
11   method a call was made using?
12        A  Yes, I can.
13        Q  How can you tell?
14        A  Under the skill.
15        Q  What does the skill mean?
16        A  That's how the call was made.  Whether
17   it was campaign, manual or inbound.
18        Q  Okay.  Do you -- and how can you tell
19   from the text within the skill field whether it was
20   campaign, manual or inbound?  I understand some of
21   them say manual, but some of them don't use any of
22   those three words.
23        A  Right.  RPC would be campaign.
24           IB would be inbound.
25        Q  Okay.  Let's just take a look here.
```

21

1    So when you say IB would be inbound,
2  that means what exactly?
3       A    The very first call where it says
4  T-Mobile underscore Sprint underscore IB, that's an
5  inbound call.
6       Q    Inbound from -- from the 1705 number?
7       A    Correct.
8       Q    All right.  Skipping down to the sixth
9  line, the skill.  It says 26814 underscore T-Mobile
10  underscore manual blend.
11        Do you see where I'm looking?
12       A    Yes.
13       Q    What does the word blend mean?
14       A    It's a mixture of the two, the campaign
15  and manual.  That means they can accept inbound
16  calls, make a manual call or use the campaign.
17       Q    Okay.  So every entry here where the
18  skill says RPC would be a campaign mode, outbound
19  call to the 1705 number?
20       A    Unless there's an RPC with an IB on it.
21       Q    Okay.  Which would be an inbound call?
22       A    Correct.
23       MR. LUSSKIN:  All right.  Pati, the
24  other one that looks the same, 09/01/2012
25  through 08/02/2013, can you mark that one.

22

1        (Plaintiff's Exhibit No. 3 was marked
2        for identification.)
3  BY MR. LUSSKIN:
4       Q    Okay.  Ms. Pye, we're going to do the
5  same thing briefly.
6        Do you recognize this document?
7       A    Yes, I do.
8       Q    What is it?
9       A    It's a call log from LiveVox.
10       Q    Similar to the last one we just looked
11  at, but with different dates; correct?
12       A    Yes.
13       Q    And the same -- relates to the same
14  phone number; correct?  The 1705 number?
15       A    Correct.
16       Q    And is everything in this document
17  basically the same as the last one we discussed in
18  terms of RPC, manual calls and inbound calls?
19       A    Yes.
20       Q    So just to reiterate, like you said, an
21  entry that says RPC and does not say IB would be a
22  campaign mode call?
23       A    Correct.
24       Q    IB would be an inbound call?
25       A    Correct.

23

1       Q    Just so I can understand.  I'm a little
2  confused about where it says manual and blend.
3        What type of call is a manual blend
4  call?
5       A    It's a manual call.  It's where the
6  collector can either manually dial the call,
7  receive an inbound call or get campaign calls.  I'm
8  actually not sure about the campaign calls.  I know
9  it can receive an inbound call and it can type in
10  the numbers for the manual calls.
11       Q    Okay.  And in none of these calls, it's
12  your testimony -- strike that.
13        Is it your testimony that in none of
14  these calls was a prerecorded message played to Ms.
15  Lardner if she answered the phone or it went to
16  voice mail; right?
17       A    We do not use prerecorded messages.
18       Q    I understand that you don't use
19  prerecorded messages now.  Just for clarity of the
20  record, in neither of the two documents we just
21  looked at are any such prerecorded messages
22  reflected; right?
23       A    Let me verify that.  (Perusing.)
24        Correct.
25       Q    Okay.  All right.  I just have, I think,

24

1  one more question about these.  Just very briefly.
2  Swap back to -- I think it would be number 2, the
3  one -- the LiveVox call log from 2011 to 2012, the
4  longer one.
5       A    Yes, sir.
6       Q    If you'd skip to the third page for me.
7  On the one, two -- like the second full line down,
8  the last column which is on the first page, the
9  column is called Alcon.  Do you see where I'm
10  looking.  It says hung up in opening?
11       A    Yes.
12       Q    What does that mean?
13       A    That means when the IVR requested to
14  speak to Angela, they hung up.
15       Q    What is IVR?
16       A    It's an interactive voice -- interactive
17  recorded voice, I think.  I'm not sure what the
18  exact term is.
19       Q    Can you tell me what that means just
20  generally?
21       A    Yes.  A voice will come on and say,
22  "We're calling for Angela Lardner.  Ms. Lardner,
23  please press one; if not Ms. Lardner, please press
24  two."
25       Q    That's what you call IVR?

25

A   Yeah.  That's what I refer to IVR.

Q   Does it do that in every call?

A   Not every call.

Q   In which calls will it play the IVR system to the debtor?

A   The ones that say RPC.

Q   The RPC ones, it plays -- is it -- strike that.

The IVR, is it like a computerized voice?

A   I, I -- it's a recorded voice.

Q   Okay.  And it plays that in each call where it says RPC?

A   Yes.

Q   Okay.  Okay.  Where it says hung up in opening, what you're saying is that means that the person they called hung up while the IVR was playing?

A   Yes.

Q   Okay.  All right.  I understand.  I'm sorry.  Okay.

It does not do that in manual calls; right?

A   Correct.

Q   Do you know if it does in preview calls?

26

A   No.  I don't think it does.

Q   Okay.  Moving on.

A couple last minute questions about those topics.

You mentioned earlier that some calls are recorded; right?

A   All of our collector calls are recorded.

Q   How long do you maintain those recordings?

A   We site maintain them indefinitely.  We have going back to 2010.

Q   Okay.  Does Diversified have any recordings of calls involving collection calls to Ms. Lardner?

A   Yes.

Q   Okay.  Do you know how many?

A   Off the top of my head, no.

Q   Okay.  But you guys have them?

A   If there were calls where we actually spoke with her, yes.

Q   Okay.  Great.  We're making good time.

MR. LUSSKIN:  Pati, can we mark another exhibit, the one that is a six-page account history.

(Plaintiff's Exhibit No. 4 was marked

27

for identification.)

MR. LUSSKIN:  Skip, you see what we're looking at.

MR. KOHLMYER:  She has the account history for account ending in 791.

MR. LUSSKIN:  Okay.  Great.

Pati, this is No. 4?

REPORTER:  Yes.

BY MR. LUSSKIN:

Q   Ms. Pye, I'm showing you what has been marked as Exhibit 4.

Do you recognize this document?

A   Yes, I do.

Q   What is it?

A   It's the account history for one of Ms. Lardner's accounts in our office.

Q   Okay.  And how -- just indulge me.

How do you recognize it?

A   Because I provided it to my attorney.

Q   I'd like you to look at the section about a third of the way down entitled Notes.  Looking at the -- it should be the 19th line from the top where in the comments section it begins -- oh, where did it go -- "Innovis RPC service data ordered on 02/25/2012, current balance equals

28

589.68."

Do you see where I'm looking?

A   Yes, I do.

Q   What is reflected in this line?

A   That's where we requested a skip trace for CBC to provide us with additional numbers for the consumer.

Q   Just generally, what is a skip trace?

A   A service that you use to find consumers.

Q   Okay.  And is there somewhere in here where we can see the results of that skip trace?

A   Yes.  Right underneath that note on line 19.  It's got A1, A2 and A3.  Those are consumer telephone numbers provided to us by the skip trace.

Q   These phone numbers were obtained through that skip trace?

A   Yes.

Q   One of those phone numbers is the 1705 number; right?

A   Yes.

Q   Okay.  Do you know if this was the only source that Diversified used to obtain that phone number?

A   No, it was not.

29

1  Q   It wasn't.
2      How else did they get the number?
3  A   The number came over from the original
4  creditor as well.
5  Q   Okay.  Is that reflected on here
6  somewhere?
7  A   No.  Other than where C078, that
8  telephone residence, no answer, and the telephone
9  number is listed there prior to -- on 02/23/12.
10 Q   Can you just identify which line entry
11 that is for me?
12 A   11.
13 Q   11.  That's the one -- I'm looking at
14 the one that says 02/23/2012 at 9:41 a.m.
15 A   Yes.
16 Q   That's the one.
17     Can you tell me how you're able to
18 figure out what it says here?  What this line
19 means?
20 A   Yes.  The first two columns are the date
21 and time and then the user number or name, the
22 action.  It was telephone residence.
23 Q   Okay.  That's what TR stands for?
24 A   Yes.
25     The result is no answer.

30

1  Q   I see.
2  A   And the phone number is listed in the
3  comment code or comment box.
4  Q   So somehow -- okay.  Strike that.
5      How do you know that Diversified got
6  this number from the original creditor?  Is that
7  reflected in another document somewhere?
8  A   No.  Because the numbers that are --
9  that come from the client aren't added onto the
10 account.  They come over with the account.  The
11 collector would have only seen that number had it
12 come from the account -- excuse me -- came from the
13 client unless that was after the previous note
14 discussed.
15 Q   The client being T-Mobile?
16 A   Correct.
17 Q   And that call was 2012.  Okay.
18     On that same line you mention a user
19 number or name and it says C078.
20     Do you see where I'm looking?
21 A   Yes.
22 Q   What is C078?
23 A   That would have been collector number
24 78.
25 Q   Okay.  So that reflects a person?

31

1  A   Correct.
2  Q   Okay.  All right.  Second to last line
3  on the page, the one that says 02/29/2012, 8:09
4  a.m.
5      Do you see where I'm reading?
6  A   Yes, I do.
7  Q   There is a -- excuse me -- like a couple
8  sentences in the comment section.  Can you describe
9  to me what this means because I don't understand
10 the shorthand.
11 A   Sure.  Telephoned residence.  Talked to
12 debtor.  Dunned for balance in full.  Debtor stated
13 she never had a T-Mobile phone.  Gave her the
14 breakdown on the account.  She stated that all the
15 info on account was hers, but the Social Security
16 number.  Not sure, but I think this is the
17 baiter -- this is the baiter -- or the debtor.
18 Excuse me.  I misread that.
19 Q   It says BTR?
20 A   Yeah.  It it's a typo.
21 Q   It's a typo.  Okay.  Okay.
22     Now, for -- last line on the page, the
23 user says LiveVox.
24     Can you just describe to me what that
25 means briefly?

32

1  A   LiveVox system notating that it made a
2  call.
3  Q   Okay.  So is it correct that anywhere it
4  says LiveVox here, it would -- there would be an
5  equivalent entry on those LiveVox documents that we
6  looked at before?
7  A   There should be.  However, there have
8  been occasions where LiveVox double noted the
9  system on accident.
10 Q   Okay.  But assuming everything is
11 working properly, the two should be consistent;
12 right?
13 A   Yes.
14 Q   Now, I just have -- now, up in the
15 section towards the top where it says debtors, we
16 have a field that says SSN.
17     Is that Social Security number?
18 A   Correct.
19 Q   And it says there -- there's a number
20 that ends in 108; right?
21 A   Correct.
22 Q   Is this a reflection of the -- of what
23 Diversified believes the debtor's Social Security
24 number to be?
25 A   That is the number that the original

WWW.USLEGALSUPPORT.COM
904-359-0583

**33**

1  creditor provided us as her Social Security number.
2      Q   Okay. So this number comes from the
3  original creditor?
4      A   Correct.
5          MR. LUSSKIN: Okay. Pati, can we mark
6  the other account history.
7          (Plaintiff's Exhibit No. 5 was marked
8  for identification.)
9          MR. LUSSKIN: Skip, have you had a
10 chance to see it?
11         MR. KOHLMYER: It's a three-page
12 document with account ID ending in 022.
13         MR. LUSSKIN: Okay.
14 BY MR. LUSSKIN:
15     Q   Okay. Ms. Pye, I'm showing you what has
16 been marked as Exhibit 5.
17         Do you recognize this document?
18     A   Yes, I do.
19     Q   What is it?
20     A   It's the account history that I provided
21 to our counsel.
22     Q   Okay. This is different from the last
23 one we looked at; right?
24     A   Yes. It's a different account.
25     Q   How do you recognize this one?

**34**

1      A   It's the account history that I provided
2  to our counsel.
3      Q   Okay. Is this basically the same type
4  of report as we discussed in Exhibit 4 a moment
5  ago?
6      A   Yes.
7      Q   The difference is this relates to a
8  different T-Mobile account?
9      A   Correct.
10     Q   Okay. Can you explain to me -- strike
11 that.
12         In the debtor section there's that same
13 section that says SSN for Social Security number?
14     A   Correct.
15     Q   I see a different number here with a lot
16 of sixes in it ending in 818.
17         Can you tell me what this is?
18     A   It's a partial Social Security number.
19 They provided the last four.
20     Q   They provided the last four, but not the
21 first five?
22     A   Correct.
23     Q   And it ends here in 818; correct?
24     A   Yes.
25     Q   Now, that's not the same Social Security

**35**

1  number that we saw in the previous account history;
2  right?
3      A   Correct. It's different.
4      Q   Do you have any idea why it's different?
5      A   It would be pure speculation.
6      Q   Okay. Thank you. I don't want you to
7  speculate.
8          Okay. Now in the notes section. Let's
9  skip down to the first line beginning with the date
10 10/12/2011, 12:47 p.m. It's like maybe seven from
11 the bottom.
12     A   Yes.
13     Q   Do you see where I'm looking?
14     A   Yes, I do.
15     Q   In the comment section, I'm reading work
16 phone, 786-203-1705 added.
17         Can you tell me what this line means?
18     A   Yes. That means the collector added the
19 telephone number to the account.
20     Q   Do we know how he got that number?
21     A   She may have gotten it from skip tracing
22 or she may have gotten it from another field on the
23 account.
24     Q   Okay. So when you say she may have
25 gotten it, is it correct to say that there's no way

**36**

1  to know from looking at this document exactly how
2  she obtained it?
3      A   Correct.
4      Q   Okay. Now, the date here is 10/21/2011.
5  That's the date that this entry was entered on the
6  file; right?
7      A   I'm sorry. What date?
8      Q   I'm looking on that same line. The date
9  there that this entry was added was 10/21/2011;
10 right?
11     A   No.
12     Q   Excuse me. 10/12/2011; is that right?
13     A   Correct. 10/12.
14     Q   Okay. Now, in the file we looked at
15 before ending -- account number ending in 791, you
16 mentioned that the 1705 telephone number must have
17 been obtained from the original creditor. But is
18 it possible that that number in that file was
19 obtained by someone looking at this earlier file
20 reflected in Exhibit 5?
21     A   It's unlikely.
22     Q   Unlikely? Why is it unlikely?
23     A   Because our representatives don't have
24 time to go searching for other accounts under the
25 same name to get a phone number from.

9 (Pages 33 to 36)

37

1   Q   So just -- this will be the last time I
2   ask you this. In the 791 account reflected in
3   Exhibit 4, was the 1705 number received from the
4   original creditor to a certainty, or could it have
5   maybe come from another source?
6       A   It may have come from another source.
7   However, I believe it was the original creditors.
8       Q   Okay. Thank you. All right.
9           Let's go to Page 2. I'm looking at the
10  date 02/10/2012 at 9:36 a.m. It's maybe the 15th
11  from the bottom -- towards the bottom?
12      A   Yes, sir.
13      Q   In the comment section it says, "Work
14  phone 786-203-1705. Status changed from good to
15  bad.
16          Do you see where I'm looking?
17      A   Yes, I do.
18      Q   What does that mean?
19      A   That means the representative removed
20  the number.
21      Q   Do you know why he removed it?
22      A   No.
23      Q   Is there a way to determine why he
24  removed that number from maybe another document?
25      A   I could look at the call log to see if

38

1   he received a call telling him it was the wrong
2   number.
3       Q   The call log. Is that the same document
4   as the LiveVox call --
5       A   Yes.
6       Q   -- or is that a different call?
7       A   It's the same document.
8       Q   The LiveVox call log would say why the
9   number was changed to bad?
10      A   It would show me that there was a call.
11      Q   Okay. Skipping down a couple lines, the
12  one that says 02/15/2012 at 9:14 a.m.
13      A   Yes.
14      Q   The user is T-Mobile?
15      A   Yes.
16      Q   And then in the comment section it says,
17  31-2012/02/14, SSN, and then a nine digit number.
18  What's the digits?
19      A   What is that?
20      Q   Yes. Yes. I'm asking what is reflected in
21  this line?
22      A   That's T-Mobile system updating us with
23  the full Social Security number according to their
24  records.
25      Q   Is that the full Social Security number

39

1   according to T-Mobile records associated with this
2   account?
3       A   Yes.
4       Q   That number ending in 808, that is not
5   the same Social Security number in the debtor
6   section for either of the two account histories we
7   looked at; is that right?
8       A   Correct.
9       Q   You may not know the answer, but do you
10  have any notion as to why the Social Security
11  numbers are different in these two files?
12      A   No.
13      Q   Would you have any way of determining
14  that or would we have to speak with T-Mobile?
15      A   You would have to speak with T-Mobile.
16      Q   All right. Okay. Almost done here.
17  I'm on my last page.
18          Do your job responsibilities include
19  ensuring compliance with federal law?
20      A   Yes.
21      Q   Are you familiar with the Telephone
22  Consumer Protection Act?
23      A   I am.
24      Q   So you know what it is?
25      A   Yes.

40

1   Q   When did you first become aware of the
2   Telephone Consumer Protection Act?
3       A   I couldn't tell you the exact date.
4       Q   Okay. More than two years ago?
5       A   Probably about two years ago.
6       Q   Probably.
7           Do you know if Diversified has any
8   policy to avoid violations of the Telephone
9   Consumer Protection Act?
10      A   We do.
11      Q   How long has that policy been in effect?
12      A   The policy's changed regularly. I
13  couldn't give you an exact date.
14      Q   Okay. Can you describe what the policy
15  is?
16      A   Not really. Not off the top of my head.
17  No.
18      Q   Let me ask it differently.
19          Does Diversified have any system in
20  place to avoid violations of the Telephone Consumer
21  Protection Act?
22      A   The Telephone Consumer Protection Act
23  was not meant for debt collectors. But we -- we
24  have procedures in place to help prevent. Yes.
25      Q   Can you describe those procedures?

41

1    A   LiveVox offers a cell phone block to
2 prevent us from leaving messages on cell phones.
3 We use that.  We use a scrub to identify cell phone
4 numbers.
5    Q   Was that scrub employed in relation to
6 the 1705 number at issue in this case?
7    A   No.
8    Q   Do you know why it wasn't?
9    A   It's a relatively new scrub.
10    Q   When you say new scrub, what does that
11 mean?  Meaning you just started using it?
12    A   Recently.  Yes.
13    Q   How long ago did Diversified start using
14 that scrub?
15    A   Within the year.
16    Q   Within the year.
17       Did Diversified start scrubbing -- when
18 it started scrubbing for cell phones, did it scrub
19 all the numbers in its database or only new numbers
20 going forward?
21    A   Every number.
22    Q   So am I correct in understanding that
23 within the last year, when scrub was activated,
24 when Diversified started using it, Diversified
25 would at that moment stopped calling all cell

42

1 phones?
2    A   No.  We would have identified the
3 numbers as a cell phone number.
4    Q   And what would -- what would Diversified
5 have done with that identification?
6    A   It would be uploaded into the system to
7 prevent violations.
8    Q   Okay.  I understand.  But if you're
9 saying that they would -- Diversified, through
10 LiveVox, would continue calling cell phones, but it
11 would identify cell phones to prevent violations,
12 how exactly is the scrub preventing violations?
13    A   I'm sorry.  Can you repeat that.
14    Q   I'm sorry.  That may have been
15 confusing.
16       If Diversified is still calling cell
17 phones after the scrub has been put in place, how
18 is the scrub avoiding violations?
19    A   That's preview mode.  From my
20 understanding, we can't -- we don't -- we're not
21 required to stop calling cell phones altogether.
22 Correct?
23    Q   Well, what I'm trying to understand --
24 let me see if I understand.
25       So once the scrub was put in place, is

43

1 it correct to say that Diversified stop making what
2 it believed to be calls that are illegal under the
3 Telephone Consumer Protection Act to cell phones?
4    A   We don't believe that we were making
5 calls that were illegal under the Telephone
6 Consumer Protection Act to begin with.
7    Q   Okay.  Let me rephrase it.
8       So am I correct in understanding that
9 Diversified stopped making campaign mode calls to
10 cell phones that it identified with the scrub once
11 the scrub was put in place?
12    A   No.
13    Q   What types of calls did Diversified stop
14 making to cell phones once it became able to
15 identify cell phones versus non-cell phones?
16    A   Some of our creditors have permissions
17 for us to contact the consumers using cell phones,
18 so there's not a set answer I can give you on that.
19    Q   Okay.  Other than this case, has
20 Diversified ever been sued for violation of the
21 Telephone Consumer Protection Act?
22    A   Yes, we have.
23    Q   Do you know how many times?
24    A   No, I don't.
25    Q   More than five?

44

1    A   Yes.
2    Q   More than ten?
3    A   I'm not sure.
4    Q   Okay.  In your best estimate, somewhere
5 around five to ten?
6    A   Maybe a few more.
7    Q   Okay.  Do you know when the first time
8 they got sued for violation of the Telephone
9 Consumer Protection Act was?
10    A   No, I don't.
11    Q   Were you with the company at the time?
12    A   I believe so.
13    Q   So it would have been -- we can narrow
14 it down to within the last eight years?
15    A   We can narrow it down to most likely
16 within the past three years.
17    Q   Okay.  And that would have been the
18 first time?
19    A   To my knowledge.  Yes.
20    Q   All right.  You may not remember.  Do
21 you remember what court that was in?
22    A   I believe it was Johnny O'Conner versus
23 Diversified in Missouri.
24    Q   Did you do a deposition in that case?
25    A   I don't remember.

11  (Pages 41 to 44)

45

Q  Okay. Other than lawsuits, has Diversified ever received complaints about telephone collection calls made to debtors or non-debtors?

A  Do we ever receive complaints about calls?

Q  Yes.

A  In general?

Q  Yes.

A  Yes.

Q  Frequently?

A  We're a collection agency. Yes. We get complaints.

Q  Okay. Can you just tell me how often you have to review complaints?

A  Daily.

Q  Daily, weekly? Daily?

A  Yes.

Q  Okay. All right. Just a couple points. Do you know if at any point during the collection process with Ms. Lardner's files, either of them, whether Diversified was able to identify the 1705 number as a cell phone?

A  No, I do not. I don't believe we were

46

able to.

Q  Do you know -- do you know why Diversified was unable to?

A  We weren't using a scrub at the time. The consumer didn't tell us it was a cell phone number.

Q  Okay. Okay. I have a couple more. I may have already asked this, if I did I apologize. Does Diversified have any knowledge about the debts and the two accounts at issue itself as to whether or not it's actually owed by Ms. Lardner or whether it was mistaken identity or anything like that?

A  We only have the consumer side as to whether or not she feels she owes the debt.

Q  When you say you only have the consumer side, you don't have T-Mobile's side?

A  Yes. We have access to T-Mobile system, so we can go into it and verify information.

Q  Okay. Did anyone ever -- to your knowledge, did anyone ever investigate the discrepancy between the Social Security numbers in the two files?

A  No.

47

Q  Do you know why?

A  We didn't know there was two. We didn't realize -- with this many -- with this account -- excuse me. These accounts weren't linked together. Our representatives had no way to know that Ms. Lardner had two accounts in our office.

Q  Okay. Last question: Do you know if Diversified has any insurance policy that covers the defense or damages associated with this claim -- with this action?

A  We have insurance, but it's out of time frame to file.

Q  What do you mean it's out of time frame to file?

A  In order to file a claim, we have to do it within 60 days of receiving.

Q  So Diversified never did that with respect to this claim?

A  Correct.

Q  Do you know why?

A  No.

Q  Do you know if that insurance would have covered the defense of this claim had it been filed timely?

A  It may have.

48

Q  It may have. Okay.

MR. LUSSKIN:  Give me just a second to make sure I didn't foolishly skip anything here. I think I'm almost done.

Okay. I have one thing.

BY MR. LUSSKIN:

Q  Going back to what we talked about in the beginning, calls made through LiveVox in campaign mode.

Am I correct in understanding that the actual outbound dialing, dialing the number and calling it is not done by an individual person dialing it each time in campaign mode; right?

A  Correct.

Q  But, rather, a machine is dialing numbers, and when an agent becomes available, he's then able to take the next live call?

A  Yes.

Q  Okay. And in each of those campaign mode calls, the IVR system you described is used, correct, where the machine asks the person that's called to press one if they're so and so?

A  In the RPC ones yes.

Q  The RPC ones are campaign as opposed to --

49

1    A   Correct.
2    Q   -- manual or preview?
3    A   Correct.
4    Q   All right.  In campaign mode, do you
5  know how LiveVox decides which numbers to call in
6  which order when it's dialing numbers in campaign
7  mode?
8    A   The gentleman in IT that handles that
9  tells it which order to do what.
10   Q   Okay.  So he gives it then an order to
11 dial numbers, like, through the day or however
12 long?
13   A   Yes.
14   Q   The machine dials it in that order?
15   A   Correct.
16   Q   Sort of like on autopilot?
17   A   He has to monitor it.  Yes.
18   Q   I understand he monitors it, but he's
19 not sitting there, like, clicking each number --
20   A   No.
21   Q   -- all day?
22   MR. LUSSKIN:  Skip, I think that's it.
23   MR. KOHLMYER:  Okay.
24   MR. LUSSKIN:  Do you have any redirect?
25   MR. KOHLMYER:  No.

50

1            And she'll read.
2        MR. LUSSKIN:  Ms. Pye, thank you for
3  your time.  Sorry to drag you out of the
4  office, but I think we can conclude.
5        REPORTER:  Do you want this written?
6        MR. LUSSKIN:  Yes.  You can give it to
7  me electronically.  That's fine.
8        MR. KOHLMYER:  I'll take a copy.
9        REPORTER:  Do you want it electronically
10 also?
11       MR. KOHLMYER:  Yes, please.
12       (Witness excused.)
13 (The deposition was concluded at 11:25 a.m.)
14
15            -   -   -
16
17
18
19
20
21
22
23
24
25

51

CERTIFICATE OF OATH
STATE OF FLORIDA )
              )
COUNTY OF DUVAL )
    I, the undersigned authority, certify that
MAVIS-ANN PYE personally appeared before me,
produced Florida Driver's License, and was duly
sworn by me on Tuesday, December 10, 2013.
    Signed this 18th day of December 2013.


              Patijo Brown


PATIJO BROWN
Notary Public - State of Florida
My Commission No. EE224825
Expires:  September 15, 2016

52

CERTIFICATE OF REPORTER
STATE OF FLORIDA )
COUNTY OF DUVAL )
    I, Patijo Brown, a Certified Shorthand
Reporter, a Registered Professional Reporter, and
Florida Professional Reporter, do hereby certify
that I was authorized to and did stenographically
report the deposition of MAVIS-ANN PYE, pages 1
through 55; that a review of the transcript was
requested; that the transcript is a true record of
my stenographic notes.
    I further certify that I am not a relative,
employee, attorney or counsel to any of the
parties, nor am I a relative or employee of any of
the parties' attorney or counsel connected with the
action, nor am I financially interested in the
action.
    Dated this 18th day of December 2013.


              Patijo Brown


         Patijo Brown, CSR, RPR, FPR

13  (Pages 49 to 52)

53

December 18, 2013
Ms. Mavis-Ann Pye
c/o Ernest H. Kohlmyer III, Esquire
Urban, Thier, Federer & Chinnery, P.A.
200 South Orange Avenue
Suite 2000
Orlando, FL  32801

In Re:  ANGELA LARDNER v DIVERSIFIED CONSULTANTS
    (Deposition taken December 10, 2013)

Dear Mr. Kohlmyer:

The transcript of the above-referenced proceeding
has been prepared and is being provided to your
office for review by the witness.

We respectfully request that the witness complete
her review within 30 days, and return the errata
sheet to our office.
Sincerely,

Patijo Brown, RPR, FPR
Registered Professional Reporter
Florida Professional Reporter
U.S. Legal Support, Inc.
225 Water Street
Suite 1450
Jacksonville, FL  32202
904.359.0583

cc:  Via Transcript

BRET L. LUSSKIN, Esquire
ERNEST H. KOHLMYER, Esquire

---

54

ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES BELOW
IN RE:  ANGELA LARDNER v DIVERSIFIED CONSULTANTS
U.S. LEGAL JOB NO.  1091593
PAGE NO.  LINE  NO.  CHANGE        REASON

_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____

---

55

_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____

Under penalties of perjury, I declare that I have
read the foregoing document and that the facts
stated in it are true.

DATE              MAVIS-ANN PYE

cc  BRET L. LUSSKIN, ESQUIRE
    ERNEST H. KOHLMYER, III, ESQUIRE

WWW.USLEGALSUPPORT.COM
904-359-0583

## A

**a.m** 1:15,15 29:14
31:4 37:10 38:12
50:13
**A1** 28:14
**A2** 28:14
**A3** 28:14
**able** 14:12,18 19:5
29:17 43:14
45:23 46:1 48:17
**above-referenced**
53:8
**accept** 21:15
**access** 17:21,23
46:19
**accident** 32:9
**account** 3:15,16
26:23 27:4,5,15
30:10,10,12
31:14,15 33:6,12
33:20,24 34:1,8
35:1,19,23 36:15
37:2 39:2,6 47:3
**accounts** 27:16
36:24 46:11 47:4
47:6
**Act** 39:22 40:2,9
40:21,22 43:3,6
43:21 44:9
**action** 29:22 47:10
52:16,17
**activated** 41:23
**actual** 16:17 48:11
**added** 30:9 35:16
35:18 36:9
**additional** 28:6
**agency** 7:24 45:12
**agent** 12:2 13:20
13:21,24 14:8,8
14:20 15:14,20
16:17 48:16
**ago** 15:24,25 34:5
40:4,5 41:13
**Alcon** 24:9
**altogether** 42:21
**Angela** 1:4 4:23
24:14,22 53:5
54:2
**answer** 5:14,19
6:23 9:18 18:11
29:8,25 39:9
43:18
**answered** 23:15
**answering** 5:25
14:8 16:21
**answers** 3:12 8:11
8:22 9:6,10

12:20 16:22
**apologize** 46:9
**APPEARANCES** 2:1
**appeared** 51:5
**appropriate** 19:22
**asked** 8:23 46:8
**asking** 38:20
**asks** 48:21
**assigned** 17:17
**associated** 39:1
47:9
**assuming** 32:10
**assurance** 7:15
**attempted** 19:11
**attempting** 17:8
**attend** 6:21
**attorney** 27:19
52:13,15
**authority** 51:4
**authorized** 52:7
**automatically**
14:18 15:19
**autopilot** 49:16
**available** 48:16
**Aventura** 2:4
**Avenue** 2:10 53:3
**avoid** 40:8,20
**avoiding** 42:18
**aware** 40:1

## B

**back** 17:25 18:15
24:2 26:11 48:7
**bad** 37:15 38:9
**baiter** 31:17,17
**balance** 17:20
27:25 31:12
**basically** 11:19
22:17 34:3
**beep** 13:2,21
**beginning** 35:9
48:8
**begins** 27:23
**Behalf** 2:2,9
**believe** 17:3,6
37:7 43:4 44:12
44:22 45:25
**believed** 43:2
**believes** 32:23
**best** 5:15 15:7
44:4
**bills** 17:3,5
**birth** 6:7
**Biscayne** 2:3
**blend** 21:10,13
23:2,3
**block** 41:1

**blusskin@lussk...**
2:5
**bottom** 35:11 37:11
37:11
**Boulevard** 2:3
**box** 30:3
**breakdown** 31:14
**Bret** 2:3,6 4:22
53:24 55:24
**briefly** 5:24 10:23
11:5 22:5 24:1
31:25
**Brown** 1:21 51:12
52:4,22 53:15
**BTR** 31:19
**button** 14:1

## C

**c/o** 53:2
**C078** 29:7 30:19,22
**cable** 8:3
**call** 3:13,14 10:3
10:3,8 11:20,23
12:14,19 13:12
13:22,25 14:1,3
14:19,20,21
15:21 18:9 19:4
19:11,13,18,21
20:11,16 21:3,5
21:16,19,21 22:9
22:22,24 23:3,4
23:5,6,7,9 24:3
24:25 25:2,3,12
30:17 32:2 37:25
38:1,3,4,6,8,10
48:17 49:5
**call's** 11:15,22
13:3
**called** 24:9 25:17
48:22
**calling** 24:22
41:25 42:10,16
42:21 48:12
**calls** 14:7,11
16:24 17:25 18:1
18:4,8,12,15
19:25 20:6 21:16
22:18,18 23:7,8
23:10,11,14 25:4
25:22,25 26:5,7
26:13,13,19 43:2
43:5,9,13 45:3,6
48:8,20
**campaign** 10:18,25
12:23 13:25 14:6
20:17,20,23
21:14,16,18

22:22 23:7,8
43:9 48:9,13,19
48:24 49:4,6
**case** 1:2 4:23 5:6
16:25 41:6 43:19
44:24
**cause** 4:4
**CBC** 28:6
**cc** 53:22 55:24
**cell** 8:3 41:1,2,3
41:18,25 42:3,10
42:11,16,21 43:3
43:10,14,15,17
45:24 46:5
**certainty** 37:4
**Certificate** 3:4,5
51:1 52:1
**Certified** 52:4
**certify** 51:4 52:6
52:12
**chance** 8:18 33:10
**CHANGE** 54:3
**changed** 37:14 38:9
40:12
**CHANGES** 54:2
**Chinnery** 2:10 53:3
**city** 13:17
**claim** 5:8 47:10,15
47:18,23
**clarify** 5:18 16:5
**clarity** 23:19
**clicking** 49:19
**client** 30:9,13,15
**cloud** 10:5
**code** 30:3
**collect** 8:1 17:2,9
17:20
**collection** 7:24
8:5 9:16 16:24
17:25 26:13 45:3
45:12,22
**collector** 7:16
10:9,15,18 11:7
11:13 12:4,17,19
13:2 23:6 26:7
30:11,23 35:18
**collectors** 40:23
**column** 19:22 24:8
24:9
**columns** 29:20
**come** 18:15 24:21
30:9,10,12 37:5
37:6
**comes** 33:2
**coming** 15:20
**comment** 30:3,3
31:8 35:15 37:13

38:16
**comments** 27:23
**Commission** 51:13
**company** 44:11
**complaints** 6:23
  45:2,5,13,15
**complete** 53:11
**compliance** 6:16,18
  7:7,8,9 39:19
**computer** 10:16,19
  11:8,24,25 12:1
  12:3,5,10,15,18
**computerized** 25:9
**conclude** 50:4
**concluded** 50:13
**CONFERENCE** 2:7
**confused** 12:15
  23:2
**confusing** 42:15
**connect** 14:3,7,7
  14:20
**connected** 13:3,22
  14:7,11 52:15
**connecting** 14:20
**connection** 9:16
  14:9
**connects** 15:21
**consistent** 32:11
**Consultants** 1:7
  6:12 7:3,23 8:6
  53:5 54:2
**consumer** 16:20
  17:14,16,19 28:7
  28:14 39:22 40:2
  40:9,20,22 43:3
  43:6,21 44:9
  46:5,15,17
**consumers** 13:12
  15:22 28:10
  43:17
**contact** 19:10
  43:17
**continue** 42:10
**copy** 50:8
**corporate** 6:20
**corporation** 1:7
**correct** 7:19 9:6
  13:15 14:25 16:9
  16:11 19:14,17
  19:24 20:7 21:7
  21:22 22:11,14
  22:15,23,25
  23:24 25:24
  30:16 31:1 32:3
  32:18,21 33:4
  34:9,14,22,23
  35:3,25 36:3,13

39:8 41:22 42:22
  43:1,8 47:19
  48:10,14,21 49:1
  49:3,15
**correctly** 9:20
**counsel** 33:21 34:2
  52:13,15
**count** 20:2
**COUNTY** 51:3 52:3
**couple** 26:3 31:7
  38:11 45:20 46:7
**court** 1:1 44:21
**covered** 47:23
**covers** 47:8
**creditor** 17:17,17
  29:4 30:6 33:1,3
  36:17 37:4
**creditors** 37:7
  43:16
**CSR** 52:22
**current** 27:25
**currently** 6:9,11

---
**D**

**Daily** 45:16,17,18
**damages** 47:9
**data** 27:24
**database** 41:19
**date** 6:7 19:21
  29:20 35:9 36:4
  36:5,7,8 37:10
  40:3,13 55:21
**Dated** 52:18
**dates** 22:11
**day** 13:6,7,7,8,9
  13:14 49:11,21
  51:8 52:18
**days** 47:16 53:11
**deal** 20:9
**Dear** 53:7
**debt** 7:24 8:2,3,5
  17:16,18,20
  40:23 46:16
**debtor** 14:24 15:16
  16:15,15,16 25:5
  31:12,12,17
  34:12 39:5
**debtor's** 32:23
**debtors** 13:17
  15:14 32:15 45:3
**debts** 7:25 17:9,9
  17:10 46:11
**December** 1:14 51:7
  51:8 52:18 53:1
  53:6
**decides** 49:5
**declare** 55:19

**defendant** 1:8 2:9
  9:15,18,22
**defense** 47:9,23
**depends** 10:9 13:9
**deposition** 1:12
  3:2 4:24 44:24
  50:13 52:8 53:6
**depositions** 6:21
**describe** 9:14 10:2
  31:8,24 40:14,25
**described** 11:5
  48:20
**Description** 3:11
**determine** 14:18
  37:23
**determining** 39:13
**dial** 11:14 13:2
  14:2 16:15 23:6
  49:11
**dialed** 11:8
**dialing** 9:15,24
  10:10 13:19
  48:11,11,13,15
  49:6
**dials** 10:15,17,19
  12:24 49:14
**difference** 11:19
  16:18 34:7
**different** 11:10,12
  11:14 17:3 22:11
  33:22,24 34:8,15
  35:3,4 38:6
  39:11
**differently** 16:13
  40:18
**digit** 38:17
**digits** 11:13 38:18
**Direct** 3:3 4:12
**directly** 10:20
**discrepancy** 46:23
**discussed** 22:17
  30:14 34:4
**DISTRICT** 1:1,1
**Diversified** 1:7
  6:12 7:2,4,14,22
  7:25 8:5 10:1,7
  11:2 14:21,24
  15:14,20 16:8,14
  16:24 17:2,8,10
  17:16,18 26:12
  28:23 30:5 32:23
  40:7,19 41:13,17
  41:24,24 42:4,9
  42:16 43:1,9,13
  43:20 44:23 45:2
  45:23 46:3,10
  47:8,17 53:5

54:2
**document** 8:19 9:7
  9:9 18:23 19:1,9
  19:18 20:5,6,10
  22:6,16 27:12
  30:7 33:12,17
  36:1 37:24 38:3
  38:7 55:19
**documents** 23:20
  32:5
**double** 32:8
**drag** 50:3
**Driver's** 51:6
**duly** 4:10 51:6
**Dunned** 31:12
**DUVAL** 51:3 52:3

---
**E**

**e** 2:5,12
**ear** 13:3
**earlier** 5:5 26:5
  36:19
**educate** 15:12
**EE224825** 51:13
**effect** 40:11
**efforts** 9:16
**eight** 7:5,17 44:14
**either** 23:6 39:6
  45:22
**electronically**
  50:7,9
**employed** 6:11,24
  41:5
**employee** 14:23
  52:13,14
**ends** 32:20 34:23
**ensuring** 39:19
**ENTER** 54:2
**entered** 36:5
**entitled** 27:21
**entry** 19:18 21:17
  22:21 29:10 32:5
  36:5,9
**equals** 27:25
**equivalent** 32:5
**Ernest** 2:13 53:2
  53:25 55:25
**errata** 3:7 53:11
  54:1
**Esquire** 2:3,6,13
  53:2,24,25 55:24
  55:25
**estimate** 44:4
**exact** 24:18 40:3
  40:13
**exactly** 18:13 21:2
  36:1 42:12

**Examination** 3:3 4:12
**excuse** 7:10 10:3 16:7 30:12 31:7 31:18 36:12 47:4
**excused** 50:12
**executed** 8:5
**exhibit** 8:13 18:18 18:20,24 22:1 26:23,25 27:11 33:7,16 34:4 36:20 37:3
**exhibits** 3:10 8:9
**expect** 5:14
**Expires** 51:14
**explain** 34:10

**F**
**facts** 55:19
**failed** 14:9
**familiar** 5:9 8:4 10:22 15:4 39:21
**FDCPA** 5:8
**federal** 39:19
**Federer** 2:10 53:3
**feel** 5:17
**feels** 46:16
**field** 20:19 32:16 35:22
**figure** 29:18
**file** 36:6,14,18,19 47:12,14,15
**filed** 47:23
**files** 39:11 45:22 46:24
**financially** 52:16
**find** 28:9
**fine** 15:11,11 50:7
**first** 4:10 11:4 21:3 24:8 29:20 34:21 35:9 40:1 44:7,18
**five** 34:21 43:25 44:5
**FL** 2:4,11 53:4,19
**Florida** 1:1,7,19 1:22,23 6:10 51:2,6,13 52:2,6 53:16
**follows** 4:11
**foolishly** 48:3
**foregoing** 55:19
**forward** 41:20
**four** 16:1 34:19,20
**FPR** 1:21 52:22 53:15
**frame** 47:12,13

**free** 5:17
**Frequently** 45:11
**full** 6:5 24:7 31:12 38:23,25
**further** 52:12

**G**
**general** 6:18 45:8
**generally** 5:10 7:22 10:2 24:20 28:8
**gentleman** 49:8
**gentlemen** 13:1
**gestures** 5:22,23
**give** 4:4 6:5 15:7 40:13 43:18 48:2 50:6
**gives** 49:10
**go** 5:12 10:23 27:24 36:24 37:9 46:20
**God** 4:6
**going** 5:13 8:15 22:4 26:11 41:20 48:7
**good** 4:14,20,21 12:21 26:21 37:14
**gotten** 35:21,22,25
**Great** 26:21 27:6
**guess** 8:25 12:21 13:9 18:11
**guessing** 15:9
**guys** 26:18

**H**
**H** 2:13 53:2,25 55:25
**hand** 4:1
**handle** 6:22
**handles** 49:8
**handset** 12:6
**hard** 5:22
**head** 26:17 40:16
**headset** 12:7,8,9 12:18
**hear** 14:8
**hears** 12:19 13:2 13:21
**help** 4:6 40:24
**histories** 39:6
**history** 3:15,16 26:24 27:5,15 33:6,20 34:1 35:1
**Hit** 14:1
**huh-huh** 5:20

**hung** 24:10,14 25:15,17

**I**
**IB** 20:24 21:1,4,20 22:21,24
**ID** 33:12
**idea** 35:4
**identification** 8:14 18:21 22:2 27:1 33:8 42:5
**identified** 42:2 43:10
**identify** 29:10 41:3 42:11 43:15 45:23
**identity** 17:12 46:13
**III** 2:13 53:2 55:25
**illegal** 43:2,5
**inaccurate** 15:10
**inbound** 20:17,20 20:24 21:1,5,6 21:15,21 22:18 22:24 23:7,9
**include** 39:18
**Incorporated** 6:13
**indefinitely** 26:10
**INDEX** 3:1
**individual** 20:6 48:12
**individually** 1:4
**indulge** 27:17
**info** 31:15
**information** 17:19 46:20
**initiate** 13:25
**Innovis** 27:24
**insurance** 47:8,11 47:22
**interactive** 24:16 24:16
**interested** 52:16
**Internet** 11:18,21 11:22
**interrogatories** 3:12 8:12
**investigate** 46:22
**involving** 26:13
**issue** 41:6 46:11
**IVR** 11:17,17 24:13 24:15,25 25:1,4 25:9,17 48:20

**J**
**Jacksonville** 1:19

6:10 53:19
**job** 1:25 6:18 39:18 54:3
**Johnny** 44:22
**Jumping** 17:25

**K**
**know** 5:20 14:12 17:5 18:7 19:25 23:8 25:25 26:16 28:22 30:5 35:20 36:1 37:21 39:9 39:24 40:7 41:8 42:23 44:7 45:21 46:2,2 47:1,2,5 47:7,20,22 49:5
**knowledge** 5:15 17:10 44:19 46:10,22
**Kohlmyer** 2:13 27:4 33:11 49:23,25 50:8,11 53:2,7 53:25 55:25
**Kohlmyer@urban...** 2:12

**L**
**L** 2:3,6 53:24 55:24
**landline** 8:3
**Lardner** 1:4 4:23 16:25 18:11 19:19 23:15 24:22,22 24:23 26:14 46:13 47:6 53:5 54:2
**Lardner's** 27:16 45:22
**Large** 1:24
**law** 39:19
**lawsuits** 6:22 45:1
**leave** 15:22 16:4,6 16:8,10,19
**leaving** 16:19 41:2
**left** 16:2
**Legal** 1:17 53:16 54:3
**Let's** 10:23 11:4 20:3,25 35:8 37:9
**Letter** 3:6
**License** 51:6
**licensing** 6:22
**line** 14:4 15:21 19:17 21:9 24:7 27:22 28:4,13 29:10,18 30:18

31:2,22 35:9,17
36:8 38:21 54:3
**lines** 20:4 38:11
**linked** 47:4
**list** 14:3
**listed** 19:11,22
29:9 30:2
**little** 23:1
**live** 14:19 16:16
48:17
**LiveVox** 3:13,14
9:19,23,24 10:2
10:5,8,17 11:9
14:2,6,12,17,23
15:13,21 16:6,7
16:14 18:2,5
19:4 22:9 24:3
31:23 32:1,4,5,8
38:4,8 41:1
42:10 48:8 49:5
**load** 13:1,5,16
**loading** 13:10
**loads** 13:5
**log** 3:13,14 19:4
22:9 24:3 37:25
38:3,8
**logs** 18:9
**long** 6:24 26:8
40:11 41:13
49:12
**longer** 24:4
**look** 20:25 27:20
37:25
**looked** 22:10 23:21
32:6 33:23 36:14
39:7
**looking** 9:2,10,12
18:9 21:11 24:10
27:3,22 28:2
29:13 30:20
35:13 36:1,8,19
37:9,16
**looks** 21:24
**lot** 34:15
**Lusskin** 2:3,6 3:3
4:13,22 8:8,15
8:17 18:17,22
21:23 22:3 26:22
27:2,6,9 33:5,9
33:13,14 48:2,6
49:22,24 50:2,6
53:24 55:24

**M**

**machine** 14:9 15:15
15:19 16:21
48:15,21 49:14

**mail** 16:10 23:16
**maintain** 26:8,10
**making** 10:8 26:21
43:1,4,9,14
**manager** 7:8,9
**mangle** 4:17
**manual** 10:24 11:4
11:6 12:14 20:17
20:20,21 21:10
21:15,16 22:18
23:2,3,5,10
25:22 49:2
**manually** 23:6
**mark** 18:17 21:25
26:22 33:5
**marked** 8:9,13
18:20,24 22:1
26:25 27:11 33:7
33:16
**Mavis** 4:14,15,16
4:19
**Mavis-Ann** 1:12 3:2
4:9 6:6 51:5
52:8 53:2 55:21
**mean** 9:22 12:12
15:17 16:5,7,9,9
20:5,15 21:13
24:12 37:18
41:11 47:13
**Meaning** 41:11
**means** 21:2,15
24:13,19 25:16
29:19 31:9,25
35:17,18 37:19
**meant** 40:23
**mediations** 6:21
**mention** 30:18
**mentioned** 26:5
36:16
**message** 15:16,17
15:18,19 16:16
16:16,19 23:14
**messages** 15:13,22
16:2,4,6,9,10,20
23:17,19,21 41:2
**method** 10:9 20:11
**methods** 10:11,13
10:24
**mince** 12:12
**minute** 26:3
**misread** 31:18
**Missouri** 44:23
**mistake** 17:12
**mistaken** 46:13
**mixture** 21:14
**mode** 10:21,22,24
10:25,25 11:4,6

12:23,24 13:25
14:6 15:1,2,5
18:7 21:18 22:22
42:19 43:9 48:9
48:13,20 49:4,7
**moment** 34:4 41:25
**monitor** 49:17
**monitors** 49:18
**morning** 4:14,20,21
**motions** 5:13
**move** 16:23
**Moving** 26:2
**multiple** 13:8

**N**

**name** 4:16,22 6:5
9:4 29:21 30:19
36:25
**narrow** 44:13,15
**neither** 23:20
**never** 14:23 15:14
31:13 47:17
**new** 15:5 41:9,10
41:19
**nine** 38:17
**non-cell** 43:15
**non-debtors** 45:4
**Notary** 1:23 51:13
**notating** 32:1
**note** 28:13 30:13
**noted** 32:8
**notes** 27:21 35:8
52:11
**notion** 39:10
**number** 3:11 8:10
9:11 10:16 11:7
11:8 12:17 14:3
18:19 19:11,19
20:9 21:6,19
22:14,14 24:2
28:20,24 29:2,3
29:9,21 30:2,6
30:11,19,23
31:16 32:17,19
32:24,25 33:1,2
34:13,15,18 35:1
35:19,20 36:15
36:16,18,25 37:3
37:20,24 38:2,9
38:17,23,25 39:4
39:5 41:6,21
42:3 45:24 46:6
48:11 49:19
**numbers** 10:19
12:25 13:2,5,5
13:10,11,13,16
23:10 28:6,15,16

28:19 30:8 39:11
41:4,19,19 42:3
46:23 48:16 49:5
49:6,11

**O**

**O'Conner** 44:22
**Oath** 3:4 51:11
**obtain** 28:23
**obtained** 28:16
36:2,17,19
**occasions** 32:8
**offers** 41:1
**office** 17:4 27:16
47:6 50:4 53:9
53:12
**oh** 27:24
**okay** 5:2,6,9,12
6:5,11,14,24
7:13,20 8:4,24
9:9 10:1,23
11:10 12:1,12,21
12:21 13:4,15
14:2,6,16,23
15:1,6 16:2,5,12
16:22 17:7,23,24
18:10,14,14,16
19:8,13,17 20:18
20:25 21:17,21
22:4 23:11,25
25:12,15,15,20
25:21 26:2,12,16
26:18,21 27:6,17
28:11,22 29:5,23
30:4,17,25 31:2
31:21,21 32:3,10
33:2,5,13,15,22
34:3,10 35:6,8
35:24 36:4,14
37:8 38:11 39:16
40:4,14 42:8
43:7,19 44:4,7
44:17 45:1,14,20
46:7,7,21 47:7
48:1,5,19 49:10
49:23
**once** 13:7 15:21
16:15 17:14
42:25 43:10,14
**ones** 25:6,7 48:23
48:24
**opening** 24:10
25:16
**opposed** 48:24
**Orange** 2:10 53:3
**order** 47:15 49:6,9
49:10,14

**ordered** 27:25
**original** 29:3 30:6
   32:25 33:3 36:17
   37:4,7
**Orlando** 2:11 53:4
**outbound** 21:18
   48:11
**outsource** 6:21
**owed** 46:12
**owes** 46:16

**P**

**P.A** 2:10 53:3
**p.m** 35:10
**page** 3:2,11 8:24
   8:25 9:9 24:6,8
   31:3,22 37:9
   39:17 54:3
**pages** 52:8
**partial** 34:18
**parties** 52:14,15
**Pati** 5:21 8:8
   18:17 21:23
   26:22 27:7 33:5
**Patijo** 1:21 51:12
   52:4,22 53:15
**penalties** 55:19
**perjury** 55:19
**permissions** 43:16
**person** 12:2,4,19
   13:4,16 14:19
   25:17 30:25
   48:12,21
**personally** 9:7
   51:5
**Perusing** 23:23
**phone** 11:14 12:5
   12:11,16,18
   13:16 16:17
   19:11 22:14
   23:15 28:16,19
   28:23 30:2 31:13
   35:16 36:25
   37:14 41:1,3
   42:3 45:24 46:5
**phones** 8:3,3 41:2
   41:18 42:1,10,11
   42:17,21 43:3,10
   43:14,15,15,17
**picks** 16:15
**place** 40:20,24
   42:17,25 43:11
**placed** 18:8
**plaintiff** 1:5 2:2
   9:17 16:25
**Plaintiff's** 3:10
   8:13 18:20 22:1

26:25 33:7
**play** 15:13 16:16
   25:4
**played** 23:14
**playing** 25:18
**plays** 15:15,18
   25:7,12
**please** 4:2 5:17,18
   24:23,23 50:11
**plugged** 12:9,11
**point** 17:7 45:21
**points** 45:20
**policy** 40:8,11,14
   47:8
**policy's** 40:12
**possible** 36:18
**predetermined**
   10:19 12:25
**prepared** 53:9
**prerecorded** 15:18
   23:14,17,19,21
**press** 24:23,23
   48:22
**prevent** 40:24 41:2
   42:7,11
**preventing** 5:25
   42:12
**preview** 10:21,25
   15:2,4 25:25
   42:19 49:2
**previous** 30:13
   35:1
**printed** 19:6
**prior** 29:9
**Probably** 40:5,6
**problem** 17:13
**procedures** 40:24
   40:25
**proceeding** 53:8
**PROCEEDINGS** 3:1
**process** 5:10 8:4
   14:15 45:22
**produced** 4:10 51:6
**Professional** 1:22
   1:22 52:5,6
   53:15,16
**pronounce** 4:16
**properly** 32:11
**Protection** 39:22
   40:2,9,21,22
   43:3,6,21 44:9
**provide** 17:19 28:6
**provided** 8:22 19:6
   27:19 28:15 33:1
   33:20 34:1,19,20
   53:9
**provides** 19:10

**Public** 1:23 51:13
**Puerto** 6:23
**pure** 35:5
**put** 42:17,25 43:11
**Pye** 1:12 3:2 4:9
   4:18,19 6:6 8:16
   18:23 22:4 27:10
   33:15 50:2 51:5
   52:8 53:2 55:21

**Q**

**quality** 7:15
**question** 16:12,23
   24:1 47:7
**questions** 5:14,17
   5:19,25 6:3 8:23
   9:10 17:22 26:3
**quickly** 7:21

**R**

**Raise** 4:1
**read** 9:20 50:1
   55:19
**reading** 31:5 35:15
**realize** 47:3
**really** 15:4 40:16
**REASON** 54:3
**receive** 6:23 23:7
   23:9 45:5
**received** 37:3 38:1
   45:2
**receiving** 47:16
**recognize** 8:19
   19:1,5 22:6
   27:12,18 33:17
   33:25
**record** 23:20 52:10
**recorded** 11:15,16
   11:20 24:17
   25:11 26:6,7
**recordings** 26:9,13
**records** 38:24 39:1
**redirect** 49:24
**refer** 25:1
**reflected** 19:8,25
   20:6 23:22 28:4
   29:5 30:7 36:20
   37:2 38:20
**reflection** 32:22
**reflects** 19:13
   30:25
**Registered** 1:22
   52:5 53:15
**regularly** 40:12
**reiterate** 22:20
**relates** 22:13 34:7
**relation** 41:5

**relative** 52:12,14
**relatively** 41:9
**remember** 44:20,21
   44:25
**removed** 37:19,21
   37:24
**rep** 7:15
**repeat** 42:13
**rephrase** 43:7
**report** 34:4 52:8
**Reported** 1:21
**Reporter** 1:22,21
   3:5 4:1 27:8
   50:5,9 52:1,5,5
   52:6 53:15,16
**represent** 4:22
**representative**
   6:20 37:19
**representatives**
   10:4 36:23 47:5
**request** 53:11
**requested** 24:13
   28:5 52:10
**required** 42:21
**reside** 6:9
**residence** 29:8,22
   31:11
**respect** 47:18
**respectfully** 53:11
**respond** 15:10
**responses** 5:23
**responsibilities**
   6:19 39:18
**responsibility**
   7:12
**restate** 5:17
**result** 29:25
**results** 19:23
   28:12
**return** 53:11
**review** 3:6 45:15
   52:9 53:9,11
**Rico** 6:23
**right** 4:1 5:12
   10:25 14:17,24
   16:23 19:15,23
   20:6,23 21:8,23
   23:16,22,25
   25:20,23 26:6
   28:13,20 31:2
   32:12,20 33:23
   35:2 36:6,10,12
   37:8 39:7,16
   44:20 45:20
   48:13 49:4
**rings** 12:19
**role** 6:14,25

**RPC** 20:23 21:18,20
  22:18,21 25:6,7
  25:13 27:24
  48:23,24
**RPR** 1:21 52:22
  53:15

**S**

**S** 1:17
**savvy** 14:14
**saw** 35:1
**saying** 17:15 25:16
  42:9
**says** 8:25 9:14,18
  14:1 21:3,9,18
  22:21 23:2 24:10
  25:13,15 29:14
  29:18 30:19 31:3
  31:19,23 32:4,15
  32:16,19 34:13
  37:13 38:12,16
**screen** 11:25
**scrub** 41:3,5,9,10
  41:14,18,23
  42:12,17,18,25
  43:10,11 46:4
**scrubbing** 41:17,18
**searching** 36:24
**second** 12:23 24:7
  31:2 48:2
**section** 8:25 19:23
  27:20,23 31:8
  32:15 34:12,13
  35:8,15 37:13
  38:16 39:6
**Security** 31:15
  32:17,23 33:1
  34:13,18,25
  38:23,25 39:5,10
  46:23
**see** 8:18 9:2,12
  21:11 24:9 27:2
  28:2,12 30:1,20
  31:5 33:10 34:15
  35:13 37:16,25
  42:24
**seen** 30:11
**sentences** 31:8
**September** 6:8
  51:14
**series** 9:10
**service** 27:24 28:9
**set** 43:18
**seven** 35:10
**she'll** 50:1
**sheet** 3:7 53:12
  54:1

**shorthand** 31:10
  52:4
**show** 8:16 38:10
**showing** 18:23
  27:10 33:15
**shows** 19:18
**side** 46:15,18,18
**signature** 9:4
**Signed** 51:8
**similar** 7:11 22:10
**Sincerely** 53:13
**sir** 24:5 37:12
**site** 26:10
**sitting** 49:19
**six-page** 26:23
**sixes** 34:16
**sixth** 21:8
**skill** 20:14,15,19
  21:9,18
**skip** 8:24 24:6
  27:2 28:5,8,12
  28:15,17 33:9
  35:9,21 48:3
  49:22
**Skipping** 21:8
  38:11
**Social** 31:15 32:17
  32:23 33:1 34:13
  34:18,25 38:23
  38:25 39:5,10
  46:23
**software** 10:6
**solemnly** 4:3
**sorry** 4:14 19:10
  25:21 36:7 42:13
  42:14 50:3
**Sort** 49:16
**sounds** 7:10
**source** 28:23 37:5
  37:6
**South** 2:10 53:3
**SOUTHERN** 1:1
**speak** 12:20 17:14
  24:14 39:14,15
**speaks** 14:24 17:16
**specialize** 8:2
**specific** 7:1
**speculate** 35:7
**speculation** 35:5
**spoke** 26:20
**Sprint** 21:4
**SSN** 32:16 34:13
  38:17
**stands** 29:23
**start** 6:3 19:14
  41:13,17
**started** 41:11,18

  41:24
**State** 1:23 51:2,13
  52:2
**stated** 31:12,14
  55:20
**states** 1:1 6:23
**Status** 37:14
**stenographic** 52:11
**stenographically**
  1:21 52:7
**step** 12:14,14
**stop** 42:21 43:1,13
**stopped** 41:25 43:9
**Street** 1:18 53:17
**strike** 11:11 12:2
  13:20 16:7 18:15
  23:12 25:8 30:4
  34:10
**sued** 43:20 44:8
**Suite** 1:18 2:4,11
  53:4,18
**Support** 1:17 53:16
**sure** 10:15 16:18
  23:8 24:17 31:11
  31:16 44:3 48:3
**Swap** 24:2
**swear** 4:3
**sworn** 4:10 51:7
**system** 9:24 10:5
  10:16 11:9 17:21
  17:24 25:5 32:1
  32:9 38:22 40:19
  42:6 46:19 48:20
**systems** 9:15

**T**

**t** 2:5,12
**T-Mobile** 17:6,9,21
  17:23 21:4,9
  30:15 31:13 34:8
  38:14,22 39:1,14
  39:15 46:19
**T-Mobile's** 46:18
**take** 5:22 20:8,25
  48:17 50:8
**taken** 4:24 53:6
**talk** 11:4 12:4
**talked** 31:11 48:7
**talks** 15:15
**technically** 14:14
**telecom** 8:3
**telecommunication**
  8:2
**telephone** 9:15
  13:11 28:15 29:8
  29:8,22 35:19
  36:16 39:21 40:2

  40:8,20,22 43:3
  43:5,21 44:8
  45:3
**Telephoned** 31:11
**tell** 7:22 10:13
  11:5,10 19:3
  20:10,13,18
  24:19 29:17
  34:17 35:17 40:3
  45:14 46:5
**telling** 38:1
**tells** 49:9
**ten** 11:13 44:2,5
**term** 24:18
**terms** 22:18
**testified** 4:11
**testimony** 4:3
  23:12,13
**text** 20:19
**thank** 16:23 35:6
  37:8 50:2
**theft** 17:12
**Thier** 2:10 53:3
**thing** 11:11 12:16
  22:5 48:5
**things** 7:10
**think** 8:9 12:24
  18:24 23:25 24:2
  24:17 26:1 31:16
  48:4 49:22 50:4
**third** 24:6 27:21
**three** 10:12,13,24
  11:2 16:1 20:22
  44:16
**three-page** 33:11
**time** 5:4 11:5
  19:22 26:21
  29:21 36:24 37:1
  44:7,11,18 46:4
  47:11,13 48:13
  50:3
**timely** 47:24
**times** 5:3 13:8
  43:23
**title** 7:1
**today** 5:24
**top** 19:14 26:17
  27:23 32:15
  40:16
**topics** 26:4
**totally** 10:22
**touching** 11:13
**TR** 29:23
**trace** 28:5,8,12,15
  28:17
**tracing** 35:21
**transcript** 52:9,10

53:8,22 54:2
**transferred** 10:20
**travel** 7:12
**true** 52:10 55:20
**truth** 4:5,5,6
**truthfully** 5:14,25
**try** 7:20 17:20
**trying** 15:12 17:2
  42:23
**Tuesday** 1:14 51:7
**two** 17:3 21:14
  23:20 24:7,24
  29:20 32:11 39:6
  39:11 40:4,5
  46:11,24 47:2,6
**type** 5:6 7:25
  17:12 23:3,9
  34:3
**types** 10:16 11:7
  12:17 43:13
**typo** 31:20,21

**U**

**U** 1:17
**U.S** 53:16 54:3
**uh-huh** 5:20
**unable** 46:3
**underneath** 28:13
**underscore** 21:4,4
  21:9,10
**undersigned** 51:4
**understand** 5:16
  12:14 14:15,16
  15:3 20:20 23:1
  23:18 25:20 31:9
  42:8,23,24 49:18
**understanding** 10:6
  13:15 14:17 15:7
  15:8 41:22 42:20
  43:8 48:10
**UNITED** 1:1
**updating** 38:22
**uploaded** 42:6
**Urban** 2:10 53:3
**use** 9:25 10:1
  16:14 20:21
  21:16 23:17,18
  28:9 41:3,3
**user** 29:21 30:18
  31:23 38:14
**uses** 11:2
**USL** 1:25
**utilizes** 9:19,22

**V**

**v** 53:5 54:2
**valid** 17:11

**validate** 17:18
**verbal** 5:23
**verification** 9:1
**verify** 17:22 23:23
  46:20
**versus** 17:11 43:15
  44:22
**vice-president**
  6:16,17 7:7
**VIDEO** 2:6
**violation** 43:20
  44:8
**violations** 40:8,20
  42:7,11,12,18
**voice** 15:19 16:10
  23:16 24:16,17
  24:21 25:10,11
**vs** 1:6

**W**

**walk** 12:13
**want** 4:17 35:6
  50:5,9
**wasn't** 29:1 41:8
**Water** 1:18 53:17
**way** 27:21 35:25
  37:23 39:13 47:5
**We'll** 18:10,15
**we're** 7:24 18:23
  22:4 24:22 26:21
  27:2 42:20 45:12
**wearing** 12:7,8
**weekly** 45:17
**went** 23:15
**weren't** 46:4 47:4
**witness** 3:6 4:7,11
  50:12 53:9,11
**word** 20:8 21:13
**words** 12:13 20:22
**work** 6:12 7:2 10:7
  12:25 13:20
  35:15 37:13
**working** 32:11
**works** 11:6 12:15
  15:3
**write** 5:22 54:2
**written** 50:5
**wrong** 38:1

**X**

**Y**

**Yeah** 25:1 31:20
**year** 5:5,5 7:1
  41:15,16,23
**years** 7:5,17 15:24
  15:25 40:4,5

44:14,16

**Z**

**0**

**02/10/2012** 37:10
**02/15/2012** 38:12
**02/23/12** 29:9
**02/23/2012** 29:14
**02/25/2012** 27:25
**02/29/2012** 31:3
**022** 33:12
**04** 3:3
**08** 3:12
**08/02/2013** 21:25
**09/01/2012** 21:24

**1**

**1** 3:12 8:11,13
  52:8
**1:13-cv-22751-UU**
  1:2
**10** 1:14 51:7 53:6
**10/12** 36:13
**10/12/2011** 35:10
  36:12
**10/21/2011** 36:4,9
**10:19** 1:15
**108** 32:20
**1091593** 1:25 54:3
**11** 29:12,13
**11:25** 1:15 50:13
**12:47** 35:10
**126** 20:4,5
**1450** 1:18 53:18
**15** 51:14
**15th** 37:10
**1705** 19:12,19 21:6
  21:19 22:14
  28:19 36:16 37:3
  41:6 45:24
**18** 3:13 6:8 53:1
**18th** 51:8 52:18
**19** 28:14
**1977** 6:8
**19th** 27:22

**2**

**2** 3:13 18:20,24
  24:2 37:9
**200** 2:10 53:3
**2000** 2:11 53:4
**2010** 26:11
**2011** 24:3
**2012** 24:3 30:17
**2013** 1:14 51:7,8
  52:18 53:1,6

**2016** 51:14
**20803** 2:3
**22** 3:14
**225** 1:18 53:17
**26** 3:15
**26814** 21:9

**3**

**3** 3:14 18:19 22:1
**30** 53:11
**302** 2:4
**31-2012/02/14**
  38:17
**32202** 1:19 53:19
**32801** 2:11 53:4
**33** 3:16
**33180** 2:4

**4**

**4** 3:15 26:25 27:7
  27:11 34:4 37:3
**407.245.8352** 2:12

**5**

**5** 3:16 8:10 9:9
  33:7,16 36:20
**50** 6:22
**51** 3:4
**52** 3:5
**53** 3:6
**54** 3:7
**55** 52:9
**589.68** 28:1

**6**

**60** 47:16

**7**

**7** 8:25
**78** 30:24
**786-203-1705** 35:16
  37:14
**791** 27:5 36:15
  37:2

**8**

**8:09** 31:3
**808** 39:4
**818** 34:16,23

**9**

**9** 9:11
**9:14** 38:12
**9:36** 37:10
**9:41** 29:14
**904.359.0583** 53:20
**954.454.5841** 2:5