## Summary

| | |
|---|---|
| Client | DCI |
| Phone Number | 7862031705 |
| Start Date | 09/30/2011 |
| End Date | 08/31/2012 |

EXHIBIT PB
2 10/19/13
PW

## Results

| CallCenter | Skill | Name | Account | Agent | Date | Start | End | Campaign | Caller ID# | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | | | C010 | Wed Oct 12 2011 | 12:50:36 PM | 12:58:32 PM | 26813_CALLBACK_CALLS_10-12-2011.txt | | AGENT - Unresolved |
| DCI Jacksonville | 26958_scott_Manual (30) | | | C010 | Thu Oct 13 2011 | 8:10:12 AM | 8:11:27 AM | 26958_MANUAL_CALLBACK_CALLS_10-13-2011.txt | 8773653593 | AGENT - Left Message Machine |
| DCI Jacksonville | 26958_scott_Manual (30) | | | C010 | Sat Oct 22 2011 | 12:15:09 PM | 12:16:18 PM | 26958_MANUAL_CALLBACK_CALLS_10-22-2011.txt | 8773653593 | AGENT - Unresolved |
| DCI Jacksonville | 26958_scott_Manual (30) | | | C010 | Thu Dec 01 2011 | 1:08:40 PM | 1:09:11 PM | 26958_MANUAL_CALLBACK_CALLS_12-01-2011.txt | 8773653593 | AGENT - Left Message Machine |
| DCI Jacksonville | 26958_scott_Manual (30) | | | C010 | Tue Jan 03 2012 | 6:35:23 PM | 6:35:42 PM | 26958_MANUAL_CALLBACK_CALLS_01-03-2012.txt | 8773653593 | AGENT - CUST 1 |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C010 | Tue Jan 24 2012 | 6:31:40 PM | 6:32:54 PM | 26814_MANUAL_CALLBACK_CALLS_01-24-2012.txt | 7867385582 | AGENT - Left Message Machine |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | | | | Tue Jan 24 2012 | 6:53:48 PM | 6:54:14 PM | 26813_CALLBACK_CALLS_01-24-2012.txt | | Operator Transfer (Caller Abandoned) |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C567 | Fri Feb 10 2012 | 9:35:02 AM | 9:36:00 AM | 26814_MANUAL_CALLBACK_CALLS_02-10-2012.txt | 7866236191 | AGENT - Wrong Number |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C078 | Thu Feb 23 2012 | 9:41:10 AM | 9:41:49 AM | 26814_MANUAL_CALLBACK_CALLS_02-23-2012.txt | 7867385582 | AGENT - No Message Left on AM |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C002 | Fri Feb 24 2012 | 8:13:54 AM | 8:14:31 AM | 26814_MANUAL_CALLBACK_CALLS_02-24-2012.txt | 7866236202 | AGENT - No Message Left on AM |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | | Mon Feb 27 2012 | 10:55:19 AM | 10:57:04 AM | master_tnums_file_test_02-27-2012_tmobile_nb.csv | 7867385581 | Listened |

| Site | Campaign | Agent | ID | Date | Start | End | File | Phone | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Feb 29 2012 | 5:59:45 PM | 6:00:19 PM | master_tnums_file_test_02-29-2012___tmobile_nb.csv | 7866236202 | Answering Machine (Hung Up) |
| DCI Jacksonville | 27542_Sprint_QC (17) | Angela Lardner | 12344791 C040 | Thu Mar 01 2012 | 10:35:18 AM | 10:35:44 AM | master_tnums_file_test_03-1-2012___tmobile_nb.csv | 8007715361 | AGENT-CUST 1 |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Mar 02 2012 | 9:29:40 AM | 9:30:21 AM | master_tnums_file_test_03-2-2012___tmobile_nb.csv | 7866236188 | Customer Not Available |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Mar 06 2012 | 3:20:54 PM | 3:21:17 PM | master_tnums_file_test_03-6-2012___tmobile_nb.csv | 7866236191 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Mar 07 2012 | 11:08:12 AM | 11:08:32 AM | master_tnums_file_test_03-7-2012___tmobile_0-45.csv.r1 | 7866236188 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Mar 08 2012 | 11:38:46 AM | 11:39:16 AM | master_tnums_file_test_03-8-2012___tmobile_0-45.csv | 7867385581 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Mar 09 2012 | 8:58:50 AM | 8:59:28 AM | master_tnums_file_test_03-9-2012___tmobile_0-45_friday_oq.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Mar 09 2012 | 2:16:33 PM | 2:16:50 PM | master_tnums_file_test_03-9-2012___tmobile_0-45_friday_oq.csv.r1 | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Mar 12 2012 | 10:31:36 AM | 10:32:14 AM | master_tnums_file_test_03-12-2012___tmobile_0-45.csv | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB (20) | Angela Lardner | 9044252852 12344791 | Mon Mar 12 2012 | 10:41:34 AM | 10:41:46 AM | 26813_CALLBACK_CALLS_03-12-2012.txt | | Operator Transfer |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Mar 13 2012 | 12:45:56 PM | 12:46:34 PM | master_tnums_file_test_03-13-2012___tmobile_0-45_og.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Mar 14 2012 | 11:04:36 AM | 11:05:10 AM | master_tnums_file_test_03-14-2012___tmobile_0-45.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Mar 14 2012 | 6:34:35 PM | 6:35:08 PM | master_tnums_file_test_03-14-2012___tmobile_0-45.csv.r1 | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Mar 16 2012 | 8:23:28 AM | 8:23:54 AM | master_tnums_file_test_03-16-2012___tmobile_0-45.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Mar 16 2012 | 4:25:46 PM | 4:26:02 PM | master_tnums_file_test_03-16-2012___tmobile_0-45.csv.r1 | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 27542_Sprint_QC (17) | Angela Lardner | 12344791 | Mon Mar 19 2012 | 2:10:19 PM | 2:10:44 PM | master_tnums_file_test_03-19-2012___tmob_0-30.csv | 8007715361 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Mar 20 2012 | 1:57:03 PM | 1:57:22 PM | master_tnums_file_test_03-20-2012___tmob_0-30.csv | 7866236202 | Hung Up in Opening |
| DCI | 26815_Sprint_RPC (16) | Angela | 12344791 | Wed Mar 21 | 1:18:16 | 1:18:53 | master_tnums_file_test_03-21-2012___tmob_opengame_power_hour.csv | 7866236191 | Answering Machine |

| Location | Campaign | Agent | ID | Date | Time1 | Time2 | File | Phone | Status |
|---|---|---|---|---|---|---|---|---|---|
| Jacksonville | | Lardner | | 2012 | | | | | (Hung Up) |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | Angela Lardner | 12344791 | Wed Mar 21 2012 | 1:23:11 PM | 1:23:21 PM | 26813_CALLBACK_CALLS_03-21-2012.txt | | Operator Transfer |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Mar 21 2012 | 7:59:33 PM | 7:59:56 PM | master_tnums_file_test_03-21-2012___tmob_opengame_power_hour.csv.r1 | 7866236191 | Hung Up In Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Mar 22 2012 | 12:13:41 PM | 12:13:59 PM | master_tnums_file_test_03-22-2012___tmob_0-45.csv | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Mar 23 2012 | 2:02:10 PM | 2:02:29 PM | master_tnums_file_test_03-23-2012___Friday_feb_og.csv | 7867385581 | Hung Up In Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Mar 23 2012 | 4:03:46 PM | 4:04:21 PM | master_tnums_file_test_03-23-2012___Friday_feb_og.csv.r1 | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Sat Mar 24 2012 | 12:33:09 PM | 12:33:45 PM | master_tnums_file_test_03-24-2012___tnob_sat.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Mar 26 2012 | 8:28:57 AM | 8:29:03 AM | master_tnums_file_test_03-26-2012___tmobile_0-45.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Mar 26 2012 | 5:35:07 PM | 5:35:44 PM | master_tnums_file_test_03-26-2012___tmobile_0-45.csv.r1 | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Mar 27 2012 | 9:02:52 AM | 9:03:29 AM | master_tnums_file_test_03-27-2012___tmob_feb_to_current.csv | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Mar 27 2012 | 2:05:29 PM | 2:06:05 PM | master_tnums_file_test_03-27-2012___tmob_feb_to_current.csv.r1 | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Mar 28 2012 | 8:09:40 AM | 8:10:14 AM | master_tnums_file_test_03-28-2012___tmobile_0-45.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | Angela Lardner | 12344791 | Wed Mar 28 2012 | 9:09:59 AM | 9:10:05 AM | 26813_CALLBACK_CALLS_03-28-2012.txt | | Operator Transfer |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | Angela Lardner | 12344791 | Wed Mar 28 2012 | 9:10:49 AM | 9:10:55 AM | 26313_CALLBACK_CALLS_03-28-2012.txt | | Operator Transfer |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Mar 29 2012 | 8:36:10 AM | 8:36:48 AM | master_tnums_file_test_03-29-2012___tmobile_35-65.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Mar 29 2012 | 1:26:30 PM | 1:26:45 PM | master_tnums_file_test_03-29-2012___tmobile_35-65.csv.r1 | 7867385582 | Hung Up In Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Mar 30 2012 | 8:46:39 AM | 8:46:58 AM | master_tnums_file_test_03-30-2012___tmobile_feb-cur.csv | 7866236202 | Hung Up In Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Apr 02 2012 | 8:48:45 AM | 8:49:02 AM | master_tnums_file_test_04-2-2012___tmobile_5-60_wk1.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI | | Angela | | Tue | 8:48:23 | 8:48:29 | | | Answering |

| Site | Campaign | Agent | ID | Date | Start | End | File | Phone | Result |
|---|---|---|---|---|---|---|---|---|---|
| Jacksonville | 26815_Sprint_RPC (16) | Lardner | 12344791 | Apr 03 2012 | AM | AM | master_tnums_file_test_04-3-2012__tmobile_5-60_wk1.csv | 7867385582 | Machine (Hung Up) |
| DCI Jacksonville | 35248_Training-Manual No Blend (8) | | | Mon Apr 09 2012 | 8:57:20 AM | 8:57:56 AM | 35248_MANUAL_CALLBACK_CALLS_04-09-2012.txt | 8773040465 | AGENT - CUST 1 |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Apr 10 2012 | 8:12:12 AM | 8:12:31 AM | master_tnums_file_test_04-10-2012__tmobile_feb_scr.csv | 7866236191 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Apr 12 2012 | 7:26:28 PM | 7:26:34 PM | master_tnums_file_test_04-12-2012__tmobile_feb_scr.csv.r1 | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Apr 13 2012 | 8:15:46 AM | 8:16:08 AM | master_tnums_file_test_04-13-2012__tmobile_febmar_scr.csv | 7867385582 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Apr 16 2012 | 11:50:11 AM | 11:52:05 AM | master_tnums_file_test_04-16-2012__tmobile_feb_scr.csv | 7866236188 | Listened |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Apr 17 2012 | 8:45:18 AM | 8:45:36 AM | master_tnums_file_test_04-17-2012__tmobile_feb_scr.csv | 7867385581 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Apr 18 2012 | 8:45:07 AM | 8:45:44 AM | master_tnums_file_test_04-18-2012__tmobile_feb_scr.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 35248_Training-Manual No Blend (8) | | | Thu Apr 19 2012 | 10:42:59 AM | 10:43:34 AM | 35248_MANUAL_CALLBACK_CALLS_04-19-2012.txt | 8773040465 | AGENT - No Message Left on AM |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Apr 19 2012 | 12:31:11 PM | 12:31:30 PM | master_tnums_file_test_04-19-2012__tmobile_decnjan_scr.csv | 7866236202 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Apr 20 2012 | 8:40:47 AM | 8:41:23 AM | master_tnums_file_test_04-20-2012__tmobile.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Apr 23 2012 | 8:49:23 AM | 8:50:07 AM | master_tnums_file_test_04-23-2012__tmobile_decapr_over_650scr.csv | 7867385582 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Apr 24 2012 | 8:41:00 AM | 8:41:22 AM | master_tnums_file_test_04-24-2012__tmob_dec-march_ovr_625_scr.csv | 7866236202 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Apr 25 2012 | 8:32:14 AM | 8:32:51 AM | master_tnums_file_test_04-25-2012__tmob_jan-march_ovr_675_scr.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Apr 25 2012 | 4:50:06 PM | 4:50:23 PM | master_tnums_file_test_04-25-2012__tmob_jan-march_ovr_675_scr.csv.r1 | 7866236191 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Apr 26 2012 | 9:22:56 AM | 9:23:32 AM | master_tnums_file_test_04-26-2012__tmob_jan-march_ovr_675_scr.csv | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | | | Thu Apr 26 2012 | 12:49:42 PM | 12:49:48 PM | 26813_CALLBACK_CALLS_04-26-2012.txt | | Operator Transfer |
| DCI | 26815_Sprint_RPC (16) | Angela | 12344791 | Thu Apr 26 | 6:13:49 | 6:14:24 | master_tnums_file_test_04-26-2012__tmob_jan-march_ovr_675_scr.csv.r1 | 7866236188 | Answering Machine |

| Location | Campaign | Agent | ID | Date | Start | End | File | Phone | Result |
|---|---|---|---|---|---|---|---|---|---|
| Jacksonville | | Lardner | | | | | | | (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Apr 27 2012 | 10:17:13 AM | 10:17:49 AM | master_tnums_file_test_04-27-2012__tmobsprnt_ovr_100_scr_jan-feb.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Apr 30 2012 | 8:26:14 AM | 8:26:27 AM | master_tnums_file_test_04-30-2012__tmobsprnt_ovr_300_scr_mar-apr.csv | 7866236191 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon May 07 2012 | 8:20:47 AM | 8:21:25 AM | master_tnums_file_test_05-07-2012__tmobile_jan-mar_675.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue May 08 2012 | 8:22:13 AM | 8:22:40 AM | master_tnums_file_test_05-08-2012__tmobile_jan-mar_675.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed May 09 2012 | 3:01:05 PM | 3:01:42 PM | master_tnums_file_test_05-09-2012__tmobile_feb.csv | 7866236202 | No Answer |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu May 10 2012 | 1:05:00 PM | 1:05:34 PM | master_tnums_file_test_05-10-2012__tmobile_jamn-mar_675_scr.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri May 11 2012 | 8:59:33 AM | 8:59:52 AM | master_tnums_file_test_05-11-2012__janmar_675.csv | 7866236188 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon May 14 2012 | 9:37:09 AM | 9:37:42 AM | master_tnums_file_test_05-14-2012__janmar_675.csv | 7866236202 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon May 14 2012 | 8:23:28 PM | 8:24:01 PM | master_tnums_file_test_05-14-2012__janmar_675.csv.r1 | 7866236202 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed May 16 2012 | 2:29:09 PM | 2:29:43 PM | master_tnums_file_test_05-16-2012__tmobile_janfeb_500649.csv | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri May 18 2012 | 8:43:27 AM | 8:44:01 AM | master_tnums_file_test_05-18-2012__tmobile_panic_button.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon May 21 2012 | 3:22:44 PM | 3:23:18 PM | master_tnums_file_test_05-21-2012__tmob_feb.csv | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue May 22 2012 | 2:44:30 PM | 2:45:04 PM | master_tnums_file_test_05-22-2012__tmob_feb.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu May 24 2012 | 2:28:42 PM | 2:29:17 PM | master_tnums_file_test_05-24-2012__tmob_janfeb.csv | 7866236202 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri May 25 2012 | 8:50:31 AM | 8:51:07 AM | master_tnums_file_test_05-25-2012__tmob_janfeb.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue May 29 2012 | 8:55:54 AM | 8:56:29 AM | master_tnums_file_test_05-29-2012__tmpb_febmar.csv | 7866236202 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue May 29 2012 | 5:34:07 PM | 5:34:29 PM | master_tnums_file_test_05-29-2012__tmpb_febmar.csv.r1 | 7866236202 | Hung Up in Opening |
| DCI | | Angela | | Wed | 8:41:57 | 8:42:34 | | | Answering |

| Location | Campaign | Agent | ID | Date | Time Start | Time End | File | Phone | Result |
|---|---|---|---|---|---|---|---|---|---|
| Jacksonville | 26815_Sprint_RPC (16) | Lardner | 12344791 | | | | master_thums_file_test_05-30-2012___tmob_febmar_ovr675.csv | 7866236191 | Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 C249 | May 30 2012 | | AM | master_thums_file_test_05-30-2012___tmob_febmar_ovr675.csv.r1 | 7866236191 | AGENT - CUST 1 |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed May 30 2012 | 5:58:31 PM | 5:59:26 PM | master_thums_file_test_05-31-2012___tmob_dec2feb_rpc.csv | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu May 31 2012 | 9:59:30 AM | 9:59:42 AM | master_thums_file_test_05-31-2012___tmob_dec2feb_rpc.csv.r1 | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu May 31 2012 | 2:12:47 PM | 2:13:25 PM | master_thums_file_test_06-1-2012___ts_decfeb_rpc.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Jun 01 2012 | 8:56:21 AM | 8:56:55 AM | master_thums_file_test_06-1-2012___ts_decfeb_rpc.csv.r1 | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Jun 01 2012 | 1:29:55 PM | 1:30:29 PM | master_thums_file_test_06-4-2012___ts_janfeb_tmob_pwr_hr.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Jun 04 2012 | 1:05:53 PM | 1:06:32 PM | master_thums_file_test_06-6-2012___ts_febmar.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Jun 06 2012 | 1:34:11 PM | 1:34:50 PM | master_thums_file_test_06-11-2012___ts_jan_feb.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Jun 11 2012 | 4:42:25 PM | 4:43:00 PM | master_thums_file_test_06-12-2012___ts_janfeb.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Jun 12 2012 | 4:19:38 PM | 4:20:13 PM | master_thums_file_test_06-13-2012___ts_janfeb.csv | 7866236202 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Jun 13 2012 | 2:26:52 PM | 2:27:11 PM | master_thums_file_test_06-14-2012___ts_janfeb.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Jun 14 2012 | 5:03:34 PM | 5:04:10 PM | master_thums_file_test_06-15-2012___ts_janfeb_og.csv | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Jun 15 2012 | 10:45:38 AM | 10:46:14 AM | master_thums_file_test_06-18-2012___ts_janfeb.csv | 7866236202 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Jun 18 2012 | 3:22:44 PM | 3:23:03 PM | master_thums_file_test_06-19-2012___ts_janfeb_og.csv | 7866236191 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Jun 19 2012 | 2:10:39 PM | 2:11:02 PM | master_thums_file_test_06-20-2012___ts_janfeb.csv | 7866236188 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Jun 20 2012 | 2:30:38 PM | 2:31:15 PM | master_thums_file_test_06-21-2012___ts_janfeb.csv | 7867385581 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Jun 21 2012 | 10:32:13 AM | 10:32:35 AM | master_thums_file_test_06-22-2012___ts_janfeb.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Jun 22 2012 | 1:58:45 PM | 1:59:20 PM | | | |

| Site | Campaign | Agent | Agent ID | Date | Start | End | File | Phone | Result |
|---|---|---|---|---|---|---|---|---|---|
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Jun 26 2012 | 4:22:40 PM | 4:23:18 PM | master_tnums_file_test_06-26-2012___ts_janfeb.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26830_Verizon-RPC (21) | Angela Lardner | 12344791 | Wed Jun 27 2012 | 1:20:31 PM | 1:20:51 PM | master_tnums_file_test_06-27-2012_janfeb_power_hour.csv | 7867385583 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Jun 28 2012 | 4:19:44 PM | 4:20:01 PM | master_tnums_file_test_06-28-2012___ts_janfeb.csv | 7866236202 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Jun 29 2012 | 1:31:25 PM | 1:31:32 PM | master_tnums_file_test_06-29-2012___ts_janfeb.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Jul 02 2012 | 5:35:18 PM | 5:35:53 PM | master_tnums_file_test_07-2-2012___ts_febmar.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Jul 03 2012 | 2:12:12 PM | 2:12:48 PM | master_tnums_file_test_07-3-2012___ts_febmar.csv | 7866236202 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Jul 05 2012 | 5:56:26 PM | 5:57:00 PM | master_tnums_file_test_07-5-2012___ts_febmar_tmobileonly.csv | 7866236188 | Hung Up in Opening |
| DCI Portland | 15966_APortland_main_RPC | Angela Lardner | 12344791 | Fri Jul 06 2012 | 10:29:30 AM | 10:30:05 AM | master_tnums_file_test_07-6-2012__feb_og.csv | 7868717513 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Jul 09 2012 | 1:45:53 PM | 1:46:17 PM | master_tnums_file_test_07-9-2012___ts_febmar.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Jul 10 2012 | 2:26:37 PM | 2:26:59 PM | master_tnums_file_test_07-10-2012___ts_tmobile_janmay_scr.csv | 7866236188 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Jul 11 2012 | 4:59:20 PM | 4:59:58 PM | master_tnums_file_test_07-11-2012___ts_dec2feb_tmvzcomdrtv.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Jul 12 2012 | 10:45:59 AM | 10:46:38 AM | master_tnums_file_test_07-12-2012__tsvzcomdrtv_dec2feb_scr.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Jul 31 2012 | 5:35:27 PM | 5:36:04 PM | master_tnums_file_test_07-31-2012__t_ovr700_tmobile.csv | 7867385581 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Wed Aug 01 2012 | 10:12:04 AM | 10:12:40 AM | master_tnums_file_test_08-01-2012__tmob_febnmar_scr.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Thu Aug 02 2012 | 1:20:08 PM | 1:20:29 PM | master_tnums_file_test_08-02-2012__tmob_febnmar_scr.csv | 7866236202 | Hung Up in Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Fri Aug 03 2012 | 3:06:07 PM | 3:06:27 PM | master_tnums_file_test_08-03-2012__tm_febnmar.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Mon Aug 06 2012 | 4:00:14 PM | 4:00:50 PM | master_tnums_file_test_08-06-2012__tm_feb2mar.csv | 7867385582 | Answering Machine (Hung Up) |
| DCI | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | Tue Aug 07 2012 | 10:26:41 | 10:27:17 | master_tnums_file_test_08-07-2012__tmob_feb2mar.csv | 7866236202 | Answering Machine |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jacksonville | | Lardner | | | 2012 | AM | AM | | (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | | Tue Aug 07 2012 | 5:38:25 PM | 5:38:44 PM | master_tnums_file_test_08-07-2012___tmob_feb2mar.csv.r1 | 7866236202 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | C475 | Thu Aug 09 2012 | 11:01:57 AM | 11:12:38 AM | master_tnums_file_test_08-09-2012___tm_feb2mar_scr.csv | 7866236188 AGENT - CUST 1 |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | | Fri Aug 10 2012 | 3:09:08 PM | 3:09:27 PM | master_tnums_file_test_08-10-2012___tm_feb2mar.csv | 7867385581 Hung Up In Opening |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | | Mon Aug 13 2012 | 5:38:28 PM | 5:38:53 PM | master_tnums_file_test_08-12-2012___tm_feb2mar_deux.csv | 7866236191 Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | | Tue Aug 14 2012 | 1:05:16 PM | 1:05:38 PM | master_tnums_file_test_08-14-2012___tm_feb2mar.csv | 7866236188 Hung Up in Opening |
| DCI Jacksonville | 26814_Tmobile_Manual_Blend (19) | | | C475 | Tue Aug 14 2012 | 5:18:26 PM | 5:22:55 PM | 26814_MANUAL_CALLBACK_CALLS_08-14-2012.txt | 7866236188 AGENT - CUST 1 |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | | Thu Aug 23 2012 | 12:41:35 PM | 12:41:51 PM | master_tnums_file_test_08-23-2012___tmobile_jan-july_hotsin.csv | 7866236191 Hung Up in Opening |
| DCI Jacksonville | 26814_Tmobile_Manual_Blend (19) | | | C475 | Thu Aug 23 2012 | 7:59:16 PM | 7:59:50 PM | 26814_MANUAL_CALLBACK_CALLS_08-23-2012.txt | 7866236191 AGENT - No Message Left on AM |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | | Fri Aug 24 2012 | 3:59:09 PM | 3:59:31 PM | master_tnums_file_test_08-24-2012___ts_hots_bad_checks.csv | 7866236188 Hung Up in Opening |