**Summary**

| Client | DCI |
|---|---|
| Phone Number | 7862031705 |
| Start Date | 09/01/2012 |
| End Date | 08/02/2013 |

EXHIBIT 3  10/10/13  P/E
PENGAD 800-631-6989

**Results**

| CallCenter | Skill | Name | Account | Agent | Date | Start | End | Campaign | CallerID# | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | | Wed Sep 05 2012 | 12:57:14 PM | 12:57:33 PM | 26814_MANUAL_CALLBACK_CALLS_09-05-2012.txt | 7867385582 | AGENT - Wrong Number |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | C475 | Tue Sep 11 2012 | 7:14:50 PM | 7:15:08 PM | master_tnums_file_test_09-11-2012__tm_nighthot.csv | 7866236202 | Hung Up in Opening |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | | Wed Sep 12 2012 | 5:57:10 PM | 5:57:47 PM | 26814_MANUAL_CALLBACK_CALLS_09-12-2012.txt | 7866236191 | AGENT - No Message Left on AM |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C475 | Wed Sep 12 2012 | 6:14:00 PM | 6:14:43 PM | 26814_MANUAL_CALLBACK_CALLS_09-12-2012.txt | 7866236191 | AGENT - No Message Left on AM |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C475 | Wed Sep 12 2012 | 6:19:41 PM | 6:20:25 PM | 26814_MANUAL_CALLBACK_CALLS_09-12-2012.txt | 7866236191 | AGENT - Left Message Machine |
| DCI Jacksonville | 26813_Tmobile_Sprint_IB_9044252852 (20) | Angela Lardner | 12344791 | | Wed Sep 12 2012 | 6:31:22 PM | 6:31:30 PM | 26813_CALLBACK_CALLS_09-12-2012 | | Operator Transfer |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C475 | Sat Sep 15 2012 | 9:21:47 AM | 9:22:23 AM | 26814_MANUAL_CALLBACK_CALLS_09-15-2012.txt | 7867385582 | AGENT - No Message Left on AM |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C475 | Tue Sep 18 2012 | 2:33:46 PM | 2:34:19 PM | 26814_MANUAL_CALLBACK_CALLS_09-18-2012.txt | 7866236188 | AGENT - Wrong Number |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | | Fri Sep 21 2012 | 8:35:09 AM | 8:35:41 AM | master_tnums_file_test_09-21-2012__tm_over_600.csv | 7866236202 | No Answer |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | C475 | Fri Sep 21 2012 | 2:18:05 PM | 2:18:47 PM | master_tnums_file_test_09-21-2012__tm_over_600.csv.r1 | 7866236202 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26815_Sprint_RPC (16) | Angela Lardner | 12344791 | C475 | Sat Sep 22 2012 | 12:30:40 PM | 12:31:15 PM | master_tnums_file_test_09-22-2012__tm_over_600.csv | 7866236191 | Answering Machine (Hung Up) |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | | Wed Oct 03 2012 | 7:06:26 PM | 7:07:00 PM | 26814_MANUAL_CALLBACK_CALLS_10-03-2012.txt | 7866236188 | AGENT - Wrong Number |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C475 | Mon Oct 08 2012 | 9:11:42 AM | 9:12:19 AM | 26814_MANUAL_CALLBACK_CALLS_10-08-2012.txt | 7866236188 | AGENT - CUST 1 |
| DCI Jacksonville | 26814_Tmobile_Manual Blend (19) | | | C475 | Tue Oct 09 2012 | 9:05:21 AM | 9:06:00 AM | 26814_MANUAL_CALLBACK_CALLS_10-09-2012.txt | 7867385581 | AGENT - CUST 1 |
| DCI | 26813_Tmobile_Sprint_IB_9044252852 | | | | Tue Jul 30 | 2:46:31 | 2:47:52 | | | AGENT - |

Jacksonville (20) C075 2013 PM PM 26813_CALLBACK_CALLS_07-30-2013 PM Unresolved