UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA LARDNER,

      Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

      Defendant.
_____/

Case No.: 1:13-cv-22751

## DECLARATION

I, Michael Leraris, declare as follows:

1. My name is Michael Leraris. I am over the age of eighteen (18) years, am of sound mind, have personal knowledge of the facts and matters set forth herein unless noted as based on information and belief and such are true and correct to the best of my knowledge.

2. I am the Executive Vice President of Operations and Chief Financial Officer with LiveVox, Inc., ("LiveVox"). I have been the LiveVox CFO since July 2007 and became Executive Vice President of Operations in July 2012.

3. My professional experience includes assisting with the oversight of LiveVox's dialing activities on behalf of its customers. In order to provide oversight, it is necessary to understand the operational aspects of the LiveVox platform.

4. LiveVox is a hosted provider in that it "hosts" the software used by its customers, such as Diversified Consultants, Inc. ("DCI"). LiveVox customers access the software through a secure online portal, as opposed to installing software on their own computers.

5. LiveVox's platform consists of both software and hardware that can be used to dial telephone numbers from a database of information, or can be used as a vehicle to manually dial telephone numbers. When dialing from a database of numbers, the database includes only telephone numbers and other information provided by the customers, such as DCI, and temporarily stored on the LiveVox platform. The LiveVox platform will only call those telephone numbers that reside in the database of information provided by LiveVox customers.

6. DCI connects to LiveVox via Voice Over Internet Protocol" ("VOIP"). The Master Subscription Agreement between LiveVox and DCI establishes an independent contractor relationship between LiveVox and DCI.

7. The LiveVox platform is able to call numbers from a database of numbers but the platform does not have the capacity to store or produce numbers to be called using a random or sequential number generator. Nor has it ever had such capacity.

8. LiveVox also provides a variety of "voice talents" to its customers, e.g. voices used for leaving or playing prerecorded messages, such as male, female, English accent, Spanish language, etc. .

I, Michael C. Leraris, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, in San Francisco, California on this the 6th day of March, 2014, that the above and foregoing statements are true and correct.

DocuSigned by:

*Michael Leraris*

Michael C. Leraris, Affiant

2