UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:13-cv-22751-UU

ANGELA LARDNER,

    Plaintiff,

v.

DIVERSIFIED CONSULSTANT INC., *et al.*,

    Defendants.
_____/

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order on Summary Judgment, D.E. 49, it is

ORDERED AND ADJUDGED that a Final Judgment is hereby entered against Defendant and in favor of Plaintiff as to Count I of Plaintiff's Complaint. Defendant SHALL pay statutory damages to Plaintiff in the amount of $63,000.00. It is further

ORDERED AND ADJUDGED that a Final Judgment is hereby entered against Plaintiff and in favor of Defendant as to Count II and Count III of Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of April, 2014.

                                                      _____
                                                      URSULA UNGARO
                                                      UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record