UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:13-cv-22751-UU

ANGELA LARDNER,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS INC.,

    Defendant.
_____/

## OMNIBUS ORDER ON MOTIONS IN LIMINE

**Plaintiff's Motion in Limine**

THIS CAUSE is before the Court on Plaintiff's Motion in Limine, D.E. 38. Defendant filed no response to Plaintiff's Motion.

THE COURT has considered the Motion and pertinent portions of the record, and is otherwise fully advised of the premises. Plaintiff seeks to exclude evidence of the minimum amount of statutory damages that may be awarded under the Telephone Consumer Protection Act ("TCPA"). As the issue of minimum statutory damages has already been resolved by the Court in its Order on Summary Judgment, D.E. 49, this evidence is irrelevant and Plaintiff's Motion shall be granted.

**Defendant's Motion in Limine**

THIS CAUSE is before the Court on Defendant's Motion in Limine, D.E. 37. Plaintiff filed no response to Defendant's Motion.

THE COURT has considered the Motion and pertinent portions of the record, and is otherwise fully advised of the premises. Defendant's Motion seeks to exclude eight different categories of evidence: (1) evidence of insurance coverage; (2) evidence of settlement

negotiations; (3) evidence of other claims against Defendant; (4) evidence of past or pending litigation; (5) evidence of administrative complaints against Defendant; (6) evidence of claims for emotional distress damages; (7) evidence of a claim for punitive damages; and (8) evidence of business dealings between Plaintiff and the original creditor.

The first and second categories are barred under Federal Rules of Evidence 408 and 411 and this evidence should be excluded. The sixth, seventh, and eighth categories of evidence are wholly irrelevant to the issue before the jury, which is whether Defendant willfully or knowingly violated the TCPA. As such, these categories should be excluded.

As to the fourth, fifth, and sixth categories of evidence, the Court finds that this evidence may be relevant to determining whether Defendant willfully or knowingly violated the TCPA. If there is prior litigation finding that Defendant violated the TCPA using the same practices as it did in the present action, then this evidence would support a finding that Defendant knew it was violating the TCPA. Accordingly, upon consideration, it is hereby

ORDERED AND ADJUDGED THAT Plaintiff's Motion in Limine, D.E. 38, is GRANTED. It is further

ORDERED AND ADJUDGED that Defendant's Motion in Limine, D.E. 37 is GRANTED as to the first, second, sixth, seventh, and eighth categories of evidence. Defendant's Motion is otherwise DENIED.

.        DONE AND ORDERED in Chambers at Miami, Florida, this __ day of May, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided to: Counsel of Record